Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
Email: jdulberg@pszjlaw.com
jlucas@pszjlaw.com
jnolan@pszjlaw.com

*Attorneys for Bradley D. Sharp, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor | Case No.: 2:23-bk-10990-SK<br><br>Adv. Case No.: 2:25-ap-01020-SK<br><br>Chapter 11 |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>Defendants. | **SUMMONS SERVICE EXECUTED**<br><br>**Status Conference:**<br><br>**Date:** March 19, 2025<br>**Time:** 9:00 a.m.<br>**Location:** U.S. Bankruptcy Court<br>255 East Temple Street<br>Courtroom 1575<br>Los Angeles, CA 90012<br><br>**Hearing Judge:** Hon. Sandra R. Klein |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify)*: ***(1) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [DOCKET NO. 2-1]; (2) COMPLAINT: (1) Constructive Fraudulent Transfer (11 U.S.C. § 548); (2) Constructive Fraudulent Transfer (11 U.S.C. § 544); (3) Recovery of Constructive Fraudulent Transfers (11 U.S.C. § 550 and Cal. Civil Code § 3439.07); (4) Accounting (11 U.S.C. § 542); (5) Breach of Contract; (6) Injunction; (7) Avoidance of Preference – Rechnitz (11 U.S.C. § 547); (8) Recovery of Preference -Rechnitz (11 U.S.C. § 550); (9) Avoidance of Preference – Y. Rechnitz (11 U.S.C. § 547); (10) Recovery of Preference -Y. Rechnitz (11 U.S.C. § 550); (11) Avoidance of Preference – Manela (11 U.S.C. § 547); (12) Recovery of Preference -Manela (11 U.S.C. § 550) [DOCKET NO. 1]; AND EARLY MEETING OF COUNSEL, JOINT STATUS REPORT AND STATUS CONFERENCE INSTRUCTIONS [DOCKET NO. 2]*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 28, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **John W Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Bradley D. Sharp (TR)** bsharp@dsi.biz
- **Nikko Salvatore Stevens** nikko@cym.law, karen@cym.law
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **January 28, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| January 28, 2025 | Nancy H. Brown | /s/ *Nancy H. Brown* |
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL MAILING INFORMATION FOR ADVERSARY CASE 2:25-ap-01020-SK**

**VIA UNITED STATES MAIL AND**
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Yisroel Zev Rechnitz
159 S Alta Vista Blvd
Los Angeles, CA 90036-2823

Chaim Manela
123 N. McCadden Place
Los Angeles, CA 90004