Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>                    Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11 |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>                    Plaintiff,<br>vs.<br><br>LIFE CAPITAL GROUP, LLC, etc., *et al.*,<br><br>                    Defendants. | Adversary No.:  2:25-ap-01020-NB<br><br>**PROOF OF SERVICE OF ORDER (1) SETTING STATUS CONFERENCES IN RELATED ADVERSARY PROCEEDINGS, AND (2) DIRECTING CHAPTER 11 TRUSTEE TO GIVE NOTICE TO ALL PARTIES**<br><br>[Relates to Docket No. 950 in Case No. 23-10990]<br><br>Principal Status Conference:<br>Date:      April 8, 2025<br>Time:      2:00 p.m.<br>Place:     Courtroom 1545<br>              255 E. Temple Street<br>              Los Angeles, CA 90012<br>(or via Zoomgov per posted instructions) |

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

4897-1698-5383.1 78512.001

On March 14, 2025, I caused a copy of the *Order (1) Setting Status Conferences In Related Adversary Proceedings, And (2) Directing Chapter 11 Trustee To Give Notice To All Parties* to be served as indicated in the manners below:

**<u>SERVED BY EMAIL:</u>**

- Michael G D'Alba    mgd@lnbyg.com
- John T. Burnite:  john.burnite@mhllp.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Matthew D. Resnik    matt@rhmfirm.com,
  roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;
  gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com
- Bradley D. Sharp (TR)    bsharp@dsi.biz
- Nikko Salvatore Stevens    nikko@cym.law, eService@cym.law,karen@cym.law
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 14, 2025, at Los Angeles, California.

/s/ *Nancy H. Brown*
Nancy H. Brown