1   RON BENDER (SBN 143364)
    BETH ANN R. YOUNG (SBN 143945)
2   MICHAEL G. D'ALBA (State Bar No. 264403)
    LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
3   2818 La Cienega Avenue
    Los Angeles, CA 90034
4   Telephone: (310) 229-1234
    Facsimile: (310) 229-1244
5   Email: rb@lnbyg.com; bry@lnbyg.com; mgd@lnbyg.com
6
    Attorneys for Defendants Life Capital Group, LLC and
7   Jonathan Polter

**FILED & ENTERED**

**MAR 14 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

8

9                    **UNITED STATES BANKRUPTCY COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11                        **LOS ANGELES DIVISION**

12

13   In re                              Case No. 2:23-bk-10990-NB

14   LESLIE KLEIN,                       Chapter 11

15                    Debtor.            Adv. Case No.: 2:25-ap-01020-NB

16

17   BRADLEY D. SHARP, Chapter 11 Trustee,   **ORDER APPROVING STIPULATION RE
                                             BRIEFING SCHEDULE ON MOTIONS
18                          Plaintiff,       TO COMPEL ARBITRATION FILED BY
                                             DEFENDANTS LIFE CAPITAL GROUP,
19   v.                                      LLC, AND JONATHAN POLTER [Adv.
                                             Docket No. 26] AND SHLOMO Y.
20   LIFE CAPITAL GROUP, LLC, a limited      RECHNITZ AND YISROEL ZEV
     liability company, SHLOMO Y.            RECHNITZ [Adv. Docket No. 28]**
21   RECHNITZ, individually and as a member
     of LIFE CAPITAL GROUP, LLC,
22   YISROEL ZEV RECHNITZ, an individual,
     CHAIM MANELA, an individual,           Hearing Date
23   JONATHAN POLTER, an individual and     Date:    May 6, 2025
     as a manager of LIFE CAPITAL GROUP,    Time:    1:00 p.m.
24   and SECURITY LIFE OF DENVER LIFE       Place:   Courtroom 1545
     INSURANCE COMPANY,                              255 E. Temple Street
25                          Defendants.              Los Angeles, CA 90012

26

27

28

4933-0271-2615.2 78512.001                    1

1      The Court, having considered the Stipulation re Briefing Schedule on Motions to

2  Compel Arbitration Filed by Defendants Life Capital Group, LLC, and Jonathan Polter [Adv.

3  Docket No. 26] and Shlomo Y. Rechnitz and Yisroel Zev Rechnitz [Adv. Docket No. 28] (the

4  "Stipulation"), between Defendants Life Capital Group, LLC, Jonathan Polter, Shlomo Y.

5  Rechnitz, and Yisroel Zev Rechnitz (together, the "Defendants"), on the one hand, and Plaintiff

6  Bradley D. Sharp, Chapter 11 Trustee (the "Trustee"), on the other hand, and good cause

7  appearing,

8      IT IS HEREBY ORDERED that:

9      1.    The Stipulation is approved;

10     2.    The date for the hearing on the Motion to Compel Arbitration filed by

11 Defendants Life Capital Group, LLC, and Jonathan Polter [Adv. Docket No. 26] (the "LCG

12 Motion") and on the Motion to Compel Arbitration filed by Defendants Shlomo Y. Rechnitz and

13 Yisroel Zev Rechnitz [Adv. Docket No. 28] (the "Rechnitz Motion") shall be May 6, 2025 at

14 1:00 p.m.

15     3.    The date for the Trustee to file any opposition to the LCG Motion and the

16 Rechnitz Motion (together, the "Motions") shall be April 8, 2025.

17     4.    The date for the Defendants to file their replies in further support of the Motions

18 shall be April 29, 2025.

          ###

Date: March 14, 2025

_Neil W. Bason_

Neil W. Bason
United States Bankruptcy Judge

4933-0271-2615.2 78512.001

2