United States Bankruptcy Court

Central District of California

Sharp,
    Plaintiff

Life Capital Group, LLC,
    Defendant

Adv. Proc. No. 25-01020-NB

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Mar 14, 2025      Form ID: pdf031      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Bradley D. Sharp |
| dft | | Chaim Manela |
| intp | | Courtesy NEF |
| dft | | Jonathan Polter |
| dft | | Life Capital Group, LLC |
| dft | | Security Life Of Denver Life Insurance Company |
| dft | | Shlomo Y. Rechnitz |
| dft | | Yisroel Zev Rechnitz |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth Ann R. Young | on behalf of Interested Party Courtesy NEF bry@lnbyg.com bry@lnbyb.com |
| Bradley D. Sharp (TR) | bsharp@dsi.biz |
| Jeffrey W Dulberg | on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com |
| John W Lucas | on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com ocarpio@pszjlaw.com |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 14, 2025 | Form ID: pdf031 | Total Noticed: 0

Matthew A Lesnick
    on behalf of Defendant Shlomo Y. Rechnitz matt@lesnickprince.com matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick
    on behalf of Defendant Yisroel Zev Rechnitz matt@lesnickprince.com matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew D. Resnik
    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Matthew D. Resnik
    on behalf of Defendant Chaim Manela matt@rhmfirm.com roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Michael G D'Alba
    on behalf of Defendant Jonathan Polter mgd@lnbyg.com

Michael G D'Alba
    on behalf of Defendant Life Capital Group LLC mgd@lnbyg.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law eService@cym.law,karen@cym.law

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 12

RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
MICHAEL G. D'ALBA (State Bar No. 264403)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyg.com; bry@lnbyg.com; mgd@lnbyg.com

Attorneys for Defendants Life Capital Group, LLC and Jonathan Polter

**FILED & ENTERED**

**MAR 14 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>Adv. Case No.: 2:25-ap-01020-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>Defendants. | **ORDER APPROVING STIPULATION RE BRIEFING SCHEDULE ON MOTIONS TO COMPEL ARBITRATION FILED BY DEFENDANTS LIFE CAPITAL GROUP, LLC, AND JONATHAN POLTER [Adv. Docket No. 26] AND SHLOMO Y. RECHNITZ AND YISROEL ZEV RECHNITZ [Adv. Docket No. 28]**<br><br>Hearing Date<br>Date:   May 6, 2025<br>Time:   1:00 p.m.<br>Place:  Courtroom 1545<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

4933-0271-2615.2 78512.001                                1

The Court, having considered the Stipulation re Briefing Schedule on Motions to Compel Arbitration Filed by Defendants Life Capital Group, LLC, and Jonathan Polter [Adv. Docket No. 26] and Shlomo Y. Rechnitz and Yisroel Zev Rechnitz [Adv. Docket No. 28] (the "Stipulation"), between Defendants Life Capital Group, LLC, Jonathan Polter, Shlomo Y. Rechnitz, and Yisroel Zev Rechnitz (together, the "Defendants"), on the one hand, and Plaintiff Bradley D. Sharp, Chapter 11 Trustee (the "Trustee"), on the other hand, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved;

2. The date for the hearing on the Motion to Compel Arbitration filed by Defendants Life Capital Group, LLC, and Jonathan Polter [Adv. Docket No. 26] (the "LCG Motion") and on the Motion to Compel Arbitration filed by Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz [Adv. Docket No. 28] (the "Rechnitz Motion") shall be May 6, 2025 at 1:00 p.m.

3. The date for the Trustee to file any opposition to the LCG Motion and the Rechnitz Motion (together, the "Motions") shall be April 8, 2025.

4. The date for the Defendants to file their replies in further support of the Motions shall be April 29, 2025.

###

Date: March 14, 2025

Neil W. Bason
United States Bankruptcy Judge

4933-0271-2615.2 78512.001                    2