Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No.158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: jdulberg@pszjlaw.com
       jlucas@pszjlaw.com
       jnolan@pszjlaw.com

*Attorneys for Plaintiff, Bradley D. Sharp,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 23-01990-NB<br><br>Chapter 11<br><br>Adv Case No.: 2:25-ap-01020-NB<br><br>**SECOND JOINT STATUS REPORT**<br><br>Date:     May 6, 2025<br>Time:     1:00 p.m.<br>Location: U.S. Bankruptcy Court<br>          Courtroom 1545<br>          255 E. Temple St.<br>          Los Angeles, CA 90012<br>Judge:    Hon. Neil W. Bason |

Plaintiff, Bradley D. Sharp, Chapter 11 Trustee (the "**Trustee**" or "**Plaintiff**") and Life Capital Group, LLC ("**LCG**"), Shlomo Y. Rechnitz ("**Shlomo**"), Yisroel Zev Rechnitz ("**Steve**"), Chaim

4903-2261-0234.1 78512.001

Manela ("**Manela**"), Jonathan Polter ("**Polter**"), and Security Life of Denver Life Insurance Company ("**Security Life**") each a defendant, together the defendants (the "**Defendants**") and together with the Plaintiff, the "**Parties**") hereby submit their second joint status report regarding the events that have transpired since the filing of the status report filed with the Court on March 6, 2025 [Adv. Docket No. 25] and represent as follows:

**A.    The Complaint**

On January 23, 2025, the Trustee filed a complaint [Adv. Docket No. 1] (the "**Complaint**") against the above-described parties seeking to avoid and recovery on account of certain transactions set forth in greater detail in the Complaint.

**B.    The Motions to Compel Arbitration, Answer, and Extensions**

On March 10, 2025, LCG and Polter filed their motion to compel arbitration [Adv. Docket No. 26] ("**LCG Motion to Compel**") and Shlomo and Steven filed a motion to compel arbitration [Adv. Docket No. 28] (the "**Rechnitz Motion to Compel**" and together with the LCG Motion to Compel, the "**Motions to Compel**").

On March 24, 2024, Manela filed his answer to the Complaint. [Adv. Docket No. 36].

On March 28, 2025, the Plaintiff and Security Life entered into a stipulation extending Security Life's time to respond to the Complaint until May 20, 2025, which is two weeks after the Court's disposition of the Motions to Compel. [Adv. Docket No. 37]. The Court approved this stipulation on March 28, 2025. [Adv. Docket No. 38].

**C.    The Motions to Compel**

In response to the Motions to Compel, the Plaintiff filed an opposition (the "**Opposition**") [Adv. Docket No. 40] to the Motions to Compel. LCG, Polter, Shlomo, and Steve will file a reply to the Opposition on or before April 29, 2025. *See* [Adv. Docket Nos. 19 and 21]. The hearing on the Motions to Compel is scheduled for 1:00 p.m. on May 6, 2025.

**D.    Next Steps by the Parties**

The Parties do not intend to meet and confer until after the Court's disposition of the Motions to Compel.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### E. The Trustee's Position

Notwithstanding the foregoing, the Trustee is not committing to stay this adversary proceeding, in whole or in part, and the Trustee's decision regarding the administration and prosecution of this adversary proceeding will not be made until after the Court's disposition of the Motions to Compel.

### F. Security Life's Position

Security Life asserts that it should be immediately dismissed because it is not a party to the agreement in dispute in this adversary proceeding. If a voluntary dismissal is not provided, Security Life intends to file a motion to dismiss for failure to state a claim upon which relief can be granted.

With regard to the pending Motions to Compel, Security Life is not a party to the subject agreement(s) and therefore should be excluded from any prospective order(s) compelling arbitration.

### G. Defendants' Position (Other Than Security Life)

If the Court grants the Motions to Compel, in their entirety or in part, then this adversary proceeding should be stayed pending completion of the arbitration proceedings, subject to Security Life's prospective motion to dismiss.

Dated: April 23, 2025                PACHULSKI STANG ZIEHL & JONES LLP

By */s/ John W. Lucas*
John W. Lucas

Attorneys for Plaintiff, Bradley D. Sharp,
Chapter 11 Trustee

4903-2261-0234.1 78512.001                3

Dated: April 23, 2025

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By /s/ Michael A. D'Alba
Beth Ann R. Young
Michael G. D'Alba
Attorneys for Defendants Life Capital Group and Jonathan Polter

Dated: April 22, 2025

LESNICK PRINCE PAPPAS & ALVERSON LLP

By
Matthew A. Lesnick

Attorneys for Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz

Dated: April    , 2025

MCDOWELL HETHERINGTON

By
John T. Burnite

Attorneys for Defendant Security Life of Denver Life Insurance Company:

Dated: April 23, 2025

RHM LAW LLP

By
Matthew D. Resnik

Attorneys for Defendant Chaim Manela

4903-2261-0234.1 78512.001

4

| | | |
|---|---|---|
| Dated: April 23, 2025 | | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. |

By _____
Beth Ann R. Young
Michael G. D'Alba
Attorneys for Defendants Life Capital Group and Jonathan Polter

Dated: April 22, 2025    LESNICK PRINCE PAPPAS & ALVERSON LLP

By /s/ Matthew A. Lesnick
Matthew A. Lesnick

Attorneys for Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz

Dated: April ___, 2025    MCDOWELL HETHERINGTON

By _____
John T. Burnite

Attorneys for Defendant Security Life of Denver Life Insurance Company:

Dated: April 23, 2025    RHM LAW LLP

By _____
Matthew D. Resnik

Attorneys for Defendant Chaim Manela

| | | |
|---|---|---|
| 1 | Dated: April 23, 2025 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. |
| 2 | | |
| 3 | | |
| 4 | | By _____ |
| 5 | | Beth Ann R. Young |
| | | Michael G. D'Alba |
| 6 | | Attorneys for Defendants Life Capital Group and Jonathan Polter |
| 7 | Dated: April 22, 2025 | LESNICK PRINCE PAPPAS & ALVERSON LLP |
| 8 | | |
| 9 | | |
| 10 | | By _____ |
| | | Matthew A. Lesnick |
| 11 | | Attorneys for Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz |
| 12 | | |
| 13 | Dated: April 23, 2025 | MCDOWELL HETHERINGTON LLP |
| 14 | | |
| 15 | | By /s/ John T. Burnite |
| 16 | | John T. Burnite |
| 17 | | Attorneys for Defendant Security Life of Denver ~~Life~~ Insurance Company: |
| 18 | | |
| 19 | Dated: April 23, 2025 | RHM LAW LLP |
| 20 | | |
| 21 | | By _____ |
| | | Matthew D. Resnik |
| 22 | | Attorneys for Defendant Chaim Manela |

By _____
Beth Ann R. Young
Michael G. D'Alba
Attorneys for Defendants Life Capital Group and Jonathan Polter

Dated: April 22, 2025

LESNICK PRINCE PAPPAS & ALVERSON LLP

By _____
Matthew A. Lesnick

Attorneys for Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz

Dated: April   , 2025

MCDOWELL HETHERINGTON

By _____
John T. Burnite

Attorneys for Defendant Security Life of Denver Life Insurance Company:

Dated: April 2/, 2025

RHM LAW LLP

By _____/s/_____
Matthew D. Resnik

Attorneys for Defendant Chaim Manela

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **SECOND JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 23, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- *Michael G D'Alba*     mgd@lnbyg.com
- *Jeffrey W Dulberg*     jdulberg@pszjlaw.com
- *M. Jonathan Hayes*     jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- *Matthew A Lesnick*     matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- *John W Lucas*     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- *Matthew D. Resnik*     matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;david@rhmfirm.com
- *Bradley D. Sharp (TR)*     bsharp@dsi.biz
- *Nikko Salvatore Stevens*     nikko@cym.law, eService@cym.law,karen@cym.law
- *United States Trustee (LA)*     ustpregion16.la.ecf@usdoj.gov
- *Beth Ann R. Young*     bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 23, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Email**
John T. Burnite:  john.burnite@mhllp.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 23, 2025 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

LA:4928-0373-6869.1 78512.001