

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER _11_

(File this form on the related case docket)

APPEAL? ☐Yes ☒No
APPEAL No. _____
(if known)

Ordering Party's Name: ___John W. Lucas___    Attorney Bar# __271038__

Law Firm: __Pachulski Stang Ziehl & Jones LLP__

Mailing Address: __10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA  90067__

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): ___Beth Dassa___

Telephone: ( _310_ )  _804-5528_    E-mail: __bdassa@pszjlaw.com__

Bankruptcy Case #: _____    Adversary Proceeding #/MP #: __25-01020__

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): _May 6, 2025_ Time: _1:00 pm_

Debtor: __Leslie Klein__

Adversary Proceeding Name: ___Sharp___ vs. __Life Capital__

Hearing Judge: __Neil W. Bason__    Courtroom #: _1545_

**TRANSCRIBER:** __eScribers__    **ALTERNATE:** __Ben Hyatt__

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☐ 3 Days        ☒ Entire Hearing
☐ 14 Days              ☒ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                               ☐ Testimony of Witness _____
                                       ☐ Other* _____ (name of witness)

*Special Instructions: __Transcript is needed as soon as possible.__

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____Division:_____Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*