Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail: jdulberg@pszjlaw.com
        jlucas@pszjlaw.com
        jnolan@pszjlaw.com

*Counsel to Bradley D. Sharp,
Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11 |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>    Defendant. | Adv No. 2:25-ap-01020-NB<br><br>**THIRD STIPULATION TO CONTINUE RESPONSE DATE FOR DEFENDANT SECURITY LIFE OF DENVER INSURANCE COMPANY** |

Defendant Security Life of Denver Insurance Company (the "***Defendant***"), and Plaintiff Bradley D. Sharp, Chapter 11 Trustee (the "***Trustee***"), on the other hand, by and through their respective counsel, hereby stipulate as follows:

## RECITALS

1. On January 23, 2025, the Trustee filed a Complaint against the Defendant, among others, commencing adversary proceeding no. 2:25-ap-01020-SK.

2. Process has been served upon the Defendant.

3. On February 21, 2025, Plaintiff and Defendant entered into a stipulation extending Defendant's time to respond to the Complaint from February 24, 2025 to March 31, 2025 [Adv. Docket No. 10], which was approved by the Court on the same date [Adv. Docket No. 11].

4. On March 28, 2025, Plaintiff and Defendant entered into a second stipulation extending Defendant's time to respond to the Complaint from March 31, 2025 to May 20, 2025 [Adv. Docket No. 37], which approved by the Court on the same date [Adv. Docket No. 38].

5. The Plaintiff has agreed to further extend Defendant's time to respond until July 8, 2025 as set forth herein.

## STIPULATION

Subject to Court approval, the parties to this Stipulation hereby stipulate and agree as follows:

A. The date by which the Defendant must file and serve a response to the Complaint is continued from May 20, 2025 through and including July 8, 2025.

B. The Trustee is authorized to lodge an order with the Court incorporating the terms of this Stipulation.

Dated: May 14, 2025                    PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ John W. Lucas*
      John W. Lucas

      Attorneys for Plaintiff Bradley D. Sharp,
      Chapter 11 Trustee

Dated: May 8, 2025

McDOWELL HETHERINGTON LLP

By _____
John T. Burnite

Attorneys for Defendant Security Life of Denver Insurance Company

4898-3328-5952.1 78512.001

3