

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER \_\_\_\_\_

APPEAL?   ☐ Yes  ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: **MICHAEL G. D'ALBA**    Attorney Bar# **264403**

Law Firm: **LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**

Mailing Address: **2818 La Cienega Avenue, Los Angeles, California 90034**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): **Lourdes Cruz**

Telephone: (**310**) **229-3344**    E-mail: **lourdes@lnbyg.com**

Bankruptcy Case #: **2:23-bk-10990-NB**    Adversary Proceeding #/MP #: **2:25-ap-01020-NB**

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **06/24/2025**   Time: **2:00 pm**

Debtor: **Leslie Klein**

Adversary Proceeding Name: **Sharp**    vs. **Life Capital Group et al.**

Hearing Judge: **N. Bason**    Courtroom #: **LA 1545**

TRANSCRIBER: **Briggs Reporting**    ALTERNATE: **Echo Reporting**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|
| | **Copy of Existing Transcript:** Contact the transcriber directly for a copy. |

☐ Ordinary (30 days)    ☐ 3 Days    ☒ Entire Hearing
☐ 14 Days    ☒ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days         ☐ Testimony of Witness _____
              ☐ Other*    (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***:  Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____    Date Sent to Transcriber: _____   By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)
(Tape #:\_\_\_\_)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:\_\_\_\_)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

## **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*