| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jeffrey W. Dulberg (State Bar No. 181200)<br>John W. Lucas (State Bar No. 271038)<br>Jeffrey P. Nolan (CA Bar No. 158923)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067-4003<br>Telephone: 310.277.6910<br>Facsimile: 310.201.0760<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Bradley D. Sharp, Chapter 11 Trustee | FOR COURT USE ONLY |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>    Debtor(s) | CASE NO.: 2:23-bk-10990-SK<br><br>CHAPTER: 11 |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>    Defendant. | ADV NO. 2:25-AP-01020-NB<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY ADVERSARY PROCEEDING RE:** (*title of motion[1]*)<br><br>*Defendants Life Capital Group, LLC and Jonathan Polter's Notice of Motion and Motion to Compel Arbitration Before the Rabbinical Council of California and for a Stay [Docket No. 26]*<br><br>*and*<br><br>*Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's Notice of Motion and Motion to Compel Arbitration Before the Rabbinical Council of California and for a Stay; Joinder in Defendants Life Capital Group, LLC and Jonathan Polter's Motion to Compel Arbitration and for a Stay [Docket No. 28]* |

PLEASE TAKE NOTE that the order titled **_Scheduling Order_** was lodged on (*date*) ____June 27, 2025____ and is attached hereto as **Exhibit A**.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 1          **F 9021-1.2.BK.NOTICE.LODGMENT**
SF 4923-9416-0721.1 78512.001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA  94104-4436**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF LODGMENT OF SCHEDULING ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 27, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 27, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Served Via Email:**<br><br>John T. Burnite, Esq.<br>McDowell Hetherington LLP<br>Email: john.burnite@mhllp.com | |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 27, 2025 | Oliver Carpio | /s/  Oliver Carpio |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

SF 4923-9416-0721.1 78512.001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   Case 2:25-ap-01020-NB

- Michael G D'Alba    mgd@lnbyg.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;russ@rhmfirm.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- Bradley D. Sharp (TR)    bsharp@dsi.biz
- Nikko Salvatore Stevens    nikko@cym.law, eService@cym.law,karen@cym.law
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                **F 9013-3.1.PROOF.SERVICE**

SF 4923-9416-0721.1 78512.001

# EXHIBIT A

Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
       jlucas@pszjlaw.com
       jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>                Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>                Plaintiff,<br><br>    v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>              Defendants. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>Adv. Case No.: 2:25-ap-01020-NB<br><br>**SCHEDULING ORDER**<br><br>Date:  June 24, 2025<br>Time:  2:00 p.m.<br>Place:  Courtroom 1545<br>         Edward R. Roybal Federal Building<br>         and Courthouse<br>         255 E. Temple Street<br>         Los Angeles, CA 90012<br><br>Judge: Honorable Neil W. Bason<br><br>[Relates to Docket Nos. 26, 28, 40, 42 and 43] |

The Court, having considered the *Motion of Life Capital Group, LLC and Jonathan Polter to Compel Arbitration Before the Rabbinical Council of California and for a Stay* (the "**LCG Motion**") [Docket No. 26], the *Motion of Shlomo Y. Rechnitz and Yisroel Zev Rechnitz to Compel Arbitration*

LA:4935-8072-7377.3 78512.001

*Before the Rabbinical Council of California and for a Stay* (the "**Rechnitz Motion**") [Docket No. 28], the opposition to the LCG Motion and the Rechnitz Motion (the "**Opposition**") [Docket No. 40], filed by Bradley D. Sharp, Chapter 11 Trustee (the "**Trustee**"), the reply to the Opposition to the Rechnitz Motion, filed by Shlomo Y. Rechnitz ("**S. Rechnitz**") and Yisroel Zev Rechnitz ("**Y. Rechnitz**") [Docket No. 42], and the reply to the Opposition to the LCG Motion, filed by Life Capital Group, LLC ("**LCG**") and Jonathan Polter ("**Polter**") [Docket No. 43], on which a hearing was held on June 24, 2025, hereby enters this scheduling order with respect to certain deadlines.

**IT IS HEREBY ORDERED THAT:**

1. On or before **July 8, 2025**, the Trustee shall file a spreadsheet with an accompanying declaration, each of which shall consist of no more than two (2) pages, which can include up to two (2) additional pages of notes to the spreadsheets and a Declaration authenticating preparation of the spreadsheets, that on the one hand summarizes the value provided to Leslie Klein (the "**Debtor**") in exchange for the Debtor's release under the December 2022 settlement (the "**LCG Settlement**") between the Debtor and the Defendants in the above-captioned adversary proceeding and on the other hand also summarizes the value that the Debtor should have received in exchange for the release under the LCG Settlement.

2. On or before **July 25, 2025**, LCG, Polter, S. Rechnitz, and Y. Rechnitz shall jointly file a spreadsheet with an accompanying declaration, each of which shall consist of no more than two (2) pages, which can include up to two (2) additional pages of notes to the spreadsheets and a Declaration authenticating preparation of the spreadsheets, that summarizes the value provided to Leslie Klein (the "**Debtor**") in exchange for the Debtor's release under the LCG Settlement.

3. The Court will hold a continued status conference in this adversary proceeding on **August 5, 2025** at **2:00 p.m. Pacific Time.**

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

# # #