| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John W. Lucas (CA Bar No. 271038)<br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail:  jlucas@pszjlaw.com<br>           jdulberg@pszjlaw.com<br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for* Bradley D. Sharp, Chapter 11 Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>     LESLIE KLEIN,<br><br>                                    Debtor(s) | CASE NO.:  2:23-bk-10990-NB<br><br>CHAPTER: 11<br><br>ADV. CASE NO.:  25-01020-NB |
|---|---|
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>                                    Plaintiff,<br><br>     v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, *et al.,*<br><br>                                    Defendants. | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]) **MOTION FOR LEAVE TO AMEND COMPLAINT** |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT** was lodged on <u>August 13, 2025</u> and is attached. This order relates to the Motion which is docket number <u> 65 </u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 1                **F 9021-1.2.BK.NOTICE.LODGMENT**
4907-4869-2062.1 78512.001

1  Jeffrey W. Dulberg (State Bar No. 181200)
   John W. Lucas (State Bar No. 271038)
2  Jeffrey P. Nolan (State Bar No.158923)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California 90067-4003
4  Tele / Fax: 310-277-6910 / 310-201-0760
   E-mail:  jdulberg@pszjlaw.com
5           jlucas@pszjlaw.com
            jnolan@pszjlaw.com
6  *Attorneys for Plaintiff, Bradley D. Sharp, Chapter 11 Trustee*

7              **UNITED STATES BANKRUPTCY COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9                   **LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 23-01990-NB |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | Adv Case No.: 2:25-ap-01020-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee, | **ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT** |
| Plaintiff, | Date:    August 12, 2025 |
| v. | Time:    2:00 p.m. |
| LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY, | Place:    Courtroom 1545<br>255 E. Temple Street<br>Los Angeles, CA 90012<br><br>[Relates to Docket Nos. 65, 72, 73, and 74] |
| Defendants. | |

The Court, having reviewed and considered: (a) *Motion for Leave to Amend Complaint*

[Docket No. 65] (the "**Motion**"), filed by Bradley D. Sharp, in his capacity as Chapter 11 Trustee

(the "**Trustee**" or **"Plaintiff")**; (b)  Defendants Life Capital Group, LLC and Jonathan Polter's

opposition to the Motion [Docket No. 72] (the "**Life Capital Opposition**") and Defendants Shlomo

Y. Rechnitz and Yisroel Zev Rechnitz's opposition to the Motion [Docket No. 73] (the "**Rechnitz**

**Opposition**" and together with the Life Capital Opposition, the "**Oppositions**"); and the Trustee's reply to the Oppositions [Docket No. 74]; and upon arguments of the Trustee's and Defendants' counsel at the August 12, 2025 hearing on the Motion, it is hereby ORDERED:

      1.      The Motion is GRANTED.

      2.      The Trustee shall file, no later than August 19, 2025, as a separate document, the proposed amended complaint attached as Exhibit A to the Motion.

###

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **August 13, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael G D'Alba**  mgd@lnbyg.com
- **Jeffrey W Dulberg**  jdulberg@pszjlaw.com
- **M. Jonathan Hayes**  jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;russ@rhmfirm.com
- **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **John W Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Lisa Patel  lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Matthew D. Resnik**  matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Bradley D. Sharp (TR)**  bsharp@dsi.biz
- **Nikko Salvatore Stevens**  nikko@cym.law, eService@cym.law,karen@cym.law
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Beth Ann R. Young**  bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **August 13, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **August 13, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Via Email:** | **Via Email:** |
|---|---|
| Eric J Olson: eric@ejolsonlaw.com | Daniel A. Crawford, Esq. |
|  | Beth R. Young (bry@lnbyg.com) |
| Leslie Klein: les.kleinlaw@gmail.com; | Matt Lesnick (matt@lesnickprince.com) |
| leskleinlaw@gmail.com; kleinlaw@earthlink.net | Michael G. D'Alba (mgd@lnbyg.com) |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 1                          **F 9021-1.2.BK.NOTICE.LODGMENT**
4907-4869-2062.1 78512.001

| **Via Email and U.S. Mail:** | **Via U.S. Mail:** |
|---|---|
| Ron Maroko | Daniel A. Crawford, Esq. |
| Trial Attorney | Crawford Law Group |
| United States Department of Justice | 15303 Ventura Blvd., Ninth Floor |
| Office of the United States Trustee | Sherman Oaks, California 91403 |
| 915 Wilshire Boulevard, Suite 1850, Los | |
| Angeles, CA 90017 | |
| Email: Ron.Maroko@usdoj.gov | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 13, 2025 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.