Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No.158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Tele / Fax: 310-277-6910 / 310-201-0760
E-mail:  jdulberg@pszjlaw.com
             jlucas@pszjlaw.com
             jnolan@pszjlaw.com

*Attorneys for Plaintiff, Bradley D. Sharp, Chapter 11 Trustee*

**FILED & ENTERED**

**AUG 14 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ghaltchi    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 23-01990-NB<br><br>Chapter 11<br><br>Adv Case No.: 2:25-ap-01020-NB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date:    August 12, 2025<br>Time:    2:00 p.m.<br>Place:    Courtroom 1545<br>             255 E. Temple Street<br>             Los Angeles, CA 90012<br><br>[Relates to Docket Nos. 65, 72, 73, and 74] |

The Court, having reviewed and considered: (a) *Motion for Leave to Amend Complaint* [Docket No. 65] (the "**Motion**"), filed by Bradley D. Sharp, in his capacity as Chapter 11 Trustee (the "**Trustee"** or **"Plaintiff")**; (b)  Defendants Life Capital Group, LLC and Jonathan Polter's opposition to the Motion [Docket No. 72] (the "**Life Capital Opposition**") and Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's opposition to the Motion [Docket No. 73] (the "**Rechnitz**

**Opposition**" and together with the Life Capital Opposition, the "**Oppositions**"); and the Trustee's reply to the Oppositions [Docket No. 74]; and upon arguments of the Trustee's and Defendants' counsel at the August 12, 2025 hearing on the Motion, it is hereby ORDERED:

    1.    The Motion is GRANTED.

    2.    The Trustee shall file, no later than August 19, 2025, as a separate document, the proposed amended complaint attached as Exhibit A to the Motion.

###

Date: August 14, 2025

Neil W. Bason
United States Bankruptcy Judge

LA:4897-8694-9726.1 78512.001

2