Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No.158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Tele / Fax: 310-277-6910 / 310-201-0760
E-mail: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

*Attorneys for Plaintiff, Bradley D. Sharp, Chapter 11 Trustee*

**FILED & ENTERED**

**AUG 14 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ghaltchi   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 23-01990-NB<br><br>Chapter 11<br><br>Adv Case No.: 2:25-ap-01020-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>Defendants. | **ORDER APPROVING MOTION FOR AUTHORITY TO FILE THE LCG SETTLEMENT AGREEMENT UNDER SEAL**<br><br>[Relates to Docket No. 66]<br><br>Date:   August 12, 2025<br>Time:   2:00 p.m.<br>Place:  Courtroom 1545<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

The Court, having read and considered the *Motion for Authority to File the LCG Settlement Agreement Under Seal* [Docket No. 66] (the "**Motion**"),[1] filed by plaintiff, Bradley D. Sharp, as

---

[1] Capitalized terms not defined herein have the meanings used in the Motion to Seal.

trustee for the Chapter 11 estate of Leslie Klein; no opposition having been filed or made at the hearing on the Motion; and for good cause shown,

**IT IS HEREBY ORDERED**:

1. The Motion is approved.

2. The Trustee is authorized to file the entire LCG Settlement Agreement under seal.

3. Absent further order of the Court or consent from Life Capital Group, LLC, no party in interest is entitled to have access to the LCG Settlement Agreement.

### #

Date: August 14, 2025

Neil W. Bason
United States Bankruptcy Judge

4917-0013-5767.1 78512.001