United States Bankruptcy Court

Central District of California

Sharp,

     Plaintiff                                            Adv. Proc. No. 25-01020-NB

Life Capital Group, LLC,

     Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2                                     User: admin                                Page 1 of 2

Date Rcvd: Aug 14, 2025                        Form ID: pdf031                          Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Bradley D. Sharp |
| dft | | Chaim Manela |
| intp | | Courtesy NEF |
| dft | | Jonathan Polter |
| dft | | Life Capital Group, LLC |
| dft | | Security Life Of Denver Life Insurance Company |
| dft | | Shlomo Y. Rechnitz |
| dft | | Yisroel Zev Rechnitz |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth Ann R. Young | on behalf of Interested Party Courtesy NEF bry@lnbyg.com  bry@lnbyb.com |
| Bradley D. Sharp (TR) | bsharp@dsi.biz |
| Jeffrey W Dulberg | on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com |
| John W Lucas | on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com  ocarpio@pszjlaw.com |

District/off: 0973-2                          User: admin                                    Page 2 of 2

Date Rcvd: Aug 14, 2025                       Form ID: pdf031                                Total Noticed: 0

John W Lucas
        on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com  ocarpio@pszjlaw.com

Lisa Patel
        on behalf of Defendant Yisroel Zev Rechnitz lpatel@lesnickprince.com
        jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Lisa Patel
        on behalf of Defendant Shlomo Y. Rechnitz lpatel@lesnickprince.com
        jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

M. Jonathan Hayes
        on behalf of Defendant Chaim Manela jhayes@rhmfirm.com
        roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm
        .com;david@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;russ@rhmfirm.com

Matthew A Lesnick
        on behalf of Defendant Yisroel Zev Rechnitz matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick
        on behalf of Defendant Shlomo Y. Rechnitz matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew D. Resnik
        on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
        roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.c
        om;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com

Matthew D. Resnik
        on behalf of Defendant Chaim Manela matt@rhmfirm.com
        roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.c
        om;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com

Michael G D'Alba
        on behalf of Defendant Jonathan Polter mgd@lnbyg.com

Michael G D'Alba
        on behalf of Defendant Life Capital Group  LLC mgd@lnbyg.com

Nikko Salvatore Stevens
        on behalf of Interested Party Courtesy NEF nikko@cym.law  eService@cym.law,karen@cym.law

United States Trustee (LA)
        ustpregion16.la.ecf@usdoj.gov


TOTAL: 16

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No.158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Tele / Fax: 310-277-6910 / 310-201-0760
E-mail:  jdulberg@pszjlaw.com
            jlucas@pszjlaw.com
            jnolan@pszjlaw.com

*Attorneys for Plaintiff, Bradley D. Sharp, Chapter 11 Trustee*

**FILED & ENTERED**

**AUG 14 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ghaltchi  DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 23-01990-NB<br><br>Chapter 11<br><br>Adv Case No.: 2:25-ap-01020-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date:    August 12, 2025<br>Time:    2:00 p.m.<br>Place:   Courtroom 1545<br>             255 E. Temple Street<br>             Los Angeles, CA 90012<br><br>[Relates to Docket Nos. 65, 72, 73, and 74] |

The Court, having reviewed and considered: (a) *Motion for Leave to Amend Complaint* [Docket No. 65] (the "**Motion**"), filed by Bradley D. Sharp, in his capacity as Chapter 11 Trustee (the "**Trustee**" or **"Plaintiff")**; (b)  Defendants Life Capital Group, LLC and Jonathan Polter's opposition to the Motion [Docket No. 72] (the "**Life Capital Opposition**") and Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's opposition to the Motion [Docket No. 73] (the "**Rechnitz**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**Opposition**" and together with the Life Capital Opposition, the "**Oppositions**"); and the Trustee's reply to the Oppositions [Docket No. 74]; and upon arguments of the Trustee's and Defendants' counsel at the August 12, 2025 hearing on the Motion, it is hereby ORDERED:

    1.    The Motion is GRANTED.

    2.    The Trustee shall file, no later than August 19, 2025, as a separate document, the proposed amended complaint attached as Exhibit A to the Motion.

###

Date: August 14, 2025

Neil W. Bason
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4897-8694-9726.1 78512.001

2