Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:  jdulberg@pszjlaw.com
　　　　 jlucas@pszjlaw.com
　　　　 jnolan@pszjlaw.com

*Attorneys for Plaintiff, Bradley D. Sharp,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>　　　　　Debtor. | Case No. 23-01990-NB<br><br>Chapter 11<br><br>Adv Case No.: 2:25-ap-01020-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>　　　　　Defendants. | **CERTIFICATE OF SERVICE**<br><br>Date:　　October 21, 2025<br>Time:　　2:00 p.m.<br>Location: U.S. Bankruptcy Court<br>　　　　　Courtroom 1545<br>　　　　　255 E. Temple St.<br>　　　　　Los Angeles, CA 90012<br>Judge:　　Hon. Neil W. Bason |

4926-0132-2608.1 78512.001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA 94104-4436**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, LIFE CAPITAL GROUP, LLC AND SHLOMO Y. RECHNITZ REGARDING STATUS OF ARBITRATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 7, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 7, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| Served Via Email: | Served Via Email: |
|---|---|
| John T. Burnite, Esq.<br>McDowell Hetherington LLP<br>Email: john.burnite@mhllp.com | Beth R. Young          (bry@lnbyg.com)<br>Matt Lesnick          (matt@lesnickprince.com)<br>Michael G. D'Alba     (mgd@lnbyg.com) |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 7, 2025 | Oliver Carpio | /s/ Oliver Carpio |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   Case 2:25-ap-01020-NB

   - **Michael G D'Alba**  mgd@lnbyg.com
   - **Jeffrey W Dulberg**  jdulberg@pszjlaw.com
   - **M. Jonathan Hayes**  jhayes@rhmfirm.com
   - **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
   - **John W Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
   - **Lisa Patel**  lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
   - **Matthew D. Resnik**  matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
   - **Bradley D. Sharp (TR)**  bsharp@dsi.biz
   - **Nikko Salvatore Stevens**  nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law
   - **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
   - **Beth Ann R. Young**  bry@lnbyg.com, bry@lnbyb.com