Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
        jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**OCT 23 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>       Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>       Plaintiff,<br><br>       v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>       Defendants. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br><br>Adv. Case No.: 2:25-ap-01020-NB<br><br>**SCHEDULING ORDER**<br><br>Date:  October 21, 2025<br>Time:  2:00 p.m.<br>Place:  Courtroom 1545<br>       Edward R. Roybal Federal Building<br>       and Courthouse<br>       255 E. Temple Street<br>       Los Angeles, CA 90012<br><br>Judge: Honorable Neil W. Bason<br><br>[Relates to Docket No. 95] |

The Court, having considered the Joint Status Report filed by Plaintiff, Bradley D. Sharp, Chapter 11 Trustee (the "**Trustee**"), and defendants Life Capital Group, LLC ("**LCG**") and Shlomo Y. Rechnitz ("**Rechnitz**, and together with the Trustee and LCG, the "**Parties**") [Docket No. 95]

LA:4924-3835-2756.2 78512.001

regarding arbitration and this underlying adversary proceeding, hereby enters this scheduling order with respect to certain deadlines.

**IT IS HEREBY ORDERED THAT:**

1. Deadline for Parties to file joinder/amendment of pleadings: TBD

2. Discovery Cut-Off:  TBD

3. Deadline for experts to serve reports:  TBD

4. Deadline for experts to complete discovery (if different from above):  TBD

5. Deadline for dispositive motions to be heard:  TBD

6. Deadline for Parties to file Joint Status Report:  **January 6, 2026**

7. A continued status conference shall be held on **January 20, 2026 at 2:00 p.m. Pacific Time**

8. Deadline for Parties to lodge joint pre-trial order:  TBD

9. A pretrial conference shall be held on:  TBD

10. Deadline for parties to deliver trial exhibit to other parties and chambers, including direct testimony by declaration (unless excused):  TBD

11. Trial shall commence on:  TBD

12. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

###

Date: October 23, 2025

_____
Neil W. Bason
United States Bankruptcy Judge

LA:4924-3835-2756.2 78512.001                                    2