United States Bankruptcy Court

Central District of California

Sharp,
    Plaintiff

Life Capital Group, LLC,
    Defendant

Adv. Proc. No. 25-01020-NB

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Oct 23, 2025     Form ID: pdf031     Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Bradley D. Sharp |
| dft | | Chaim Manela |
| intp | | Courtesy NEF |
| dft | | Jonathan Polter |
| dft | | Life Capital Group, LLC |
| dft | | Security Life Of Denver Life Insurance Company |
| dft | | Shlomo Y. Rechnitz |
| dft | | Yisroel Zev Rechnitz |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth Ann R. Young | on behalf of Interested Party Courtesy NEF bry@lnbyg.com bry@lnbyb.com |
| Bradley D. Sharp (TR) | bsharp@dsi.biz |
| Jeffrey W Dulberg | on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com |
| John W Lucas | on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 23, 2025 | Form ID: pdf031 | Total Noticed: 0 |

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com ocarpio@pszjlaw.com

Lisa Patel
    on behalf of Defendant Yisroel Zev Rechnitz lpatel@lesnickprince.com
jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Lisa Patel
    on behalf of Defendant Shlomo Y. Rechnitz lpatel@lesnickprince.com
jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

M. Jonathan Hayes
    on behalf of Defendant Chaim Manela jhayes@rhmfirm.com

Matthew A Lesnick
    on behalf of Defendant Yisroel Zev Rechnitz matt@lesnickprince.com matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick
    on behalf of Defendant Shlomo Y. Rechnitz matt@lesnickprince.com matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew D. Resnik
    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com

Matthew D. Resnik
    on behalf of Defendant Chaim Manela matt@rhmfirm.com
roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com

Michael G D'Alba
    on behalf of Defendant Jonathan Polter mgd@lnbyg.com

Michael G D'Alba
    on behalf of Defendant Life Capital Group  LLC mgd@lnbyg.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law eService@cym.law,karen@cym.law,aileen@cym.law

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 16

Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
Email: jdulberg@pszjlaw.com
       jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**OCT 23 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>        Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>Adv. Case No.: 2:25-ap-01020-NB<br><br>**SCHEDULING ORDER**<br><br>Date:  October 21, 2025<br>Time:  2:00 p.m.<br>Place:  Courtroom 1545<br>        Edward R. Roybal Federal Building<br>        and Courthouse<br>        255 E. Temple Street<br>        Los Angeles, CA 90012<br><br>Judge: Honorable Neil W. Bason<br><br>[Relates to Docket No. 95] |

The Court, having considered the Joint Status Report filed by Plaintiff, Bradley D. Sharp, Chapter 11 Trustee (the "**Trustee**"), and defendants Life Capital Group, LLC ("**LCG**") and Shlomo Y. Rechnitz ("**Rechnitz**, and together with the Trustee and LCG, the "**Parties**") [Docket No. 95]

LA:4924-3835-2756.2 78512.001

regarding arbitration and this underlying adversary proceeding, hereby enters this scheduling order with respect to certain deadlines.

**IT IS HEREBY ORDERED THAT:**

1. Deadline for Parties to file joinder/amendment of pleadings: TBD

2. Discovery Cut-Off: TBD

3. Deadline for experts to serve reports: TBD

4. Deadline for experts to complete discovery (if different from above): TBD

5. Deadline for dispositive motions to be heard: TBD

6. Deadline for Parties to file Joint Status Report: **January 6, 2026**

7. A continued status conference shall be held on **January 20, 2026 at 2:00 p.m. Pacific Time**

8. Deadline for Parties to lodge joint pre-trial order: TBD

9. A pretrial conference shall be held on: TBD

10. Deadline for parties to deliver trial exhibit to other parties and chambers, including direct testimony by declaration (unless excused): TBD

11. Trial shall commence on: TBD

12. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

###

Date: October 23, 2025

Neil W. Bason
United States Bankruptcy Judge

LA:4924-3835-2756.2 78512.001            2