

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER __11__

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: __John W. Lucas__    Attorney Bar# __271038__

Law Firm: __Pachulski Stang Ziehl & Jones LLP__

Mailing Address: __10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA 90067__

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): __Beth Dassa__

Telephone: (__310__) __804-5528__    E-mail: __bdassa@pszjlaw.com__

Bankruptcy Case #: __23-10990__    Adversary Proceeding #/MP #: __25-01020__

Date of Hearing (complete a SEPARATE form for EACH hearing date): __August 12, 2025__ Time: __2:00 p.m.__

Debtor: __Leslie Klein__

Adversary Proceeding Name: __Sharp, Ch 11 Trustee__ vs. __Life Capital Group, et al.__

Hearing Judge: __Neil W. Bason__    Courtroom #: __1545__

**TRANSCRIBER:** __Briggs Reporting__    **ALTERNATE:** __eScribers__
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| Transcript Type: | NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

- ☐ Ordinary (30 days)
- ☐ 14 Days
- ☐ 7 Days
- ☐ 3 Days
- ☒ Daily (24 hours)
- ☒ Entire Hearing
- ☐ Ruling/Opinion of Judge only
- ☐ Testimony of Witness _____ (name of witness)
- ☐ Other* _____

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*