RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
MICHAEL G. D'ALBA (State Bar No. 264403)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyg.com; bry@lnbyg.com; mgd@lnbyg.com

Attorneys for Defendants Life Capital Group, LLC and Jonathan Polter

**FILED & ENTERED**

**DEC 29 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>　　　　　Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>Adv. Case No.: 2:25-ap-01020-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>　　　　　Defendants. | **ORDER APPROVING STIPULATION RE RESERVATION OF RIGHTS TO PROCEED WITH RABBINICAL ARBITRATION AND SCHEDULING MEDIATION OF THE ADVERSARY PROCEEDING**<br><br>[Relates to Docket No. 101] |

The Court, having considered the *Stipulation Re Reservation of Rights to Proceed With Rabbinical Arbitration and Scheduling Mediation of the Adversary Proceeding* [Docket No. 101] (the "Stipulation")[1]; and for good cause shown,

**IT IS ORDERED**:

1.  The Stipulation is APPROVED in its entirety. [Judge Bason prefers to incorporate by reference, instead of repeating text from other documents in this order. That avoids any inadvertent transcription errors, and it means that the Court staff do not have to do a line-by-line comparison.]

2.  ~~The Mediation to address the claims and defenses as alleged in the Adversary Proceeding will take place on or about February 4, 2026.~~

3.  ~~Michael L. Tuchin of KTBS Law LLP shall be appointed as mediator in connection with the Third Amended General Order.~~

4.  ~~The Parties will abide by the confidentiality provisions of the Third Amended General Order, specifically including paragraph 6 therein, in connection with the Mediation.~~

5.  ~~The Parties agree to share the costs associated with the Mediation evenly and to act commercially reasonable with respect to the timely payment of such costs.~~

6.  ~~The Parties will stay proceeding with the Rabbinical Arbitration until the later of 30 days after (i) completion of the Mediation, if the Adversary Proceeding is not resolved; or (ii) entry of an order denying approval of the terms of the settlement agreement if the Adversary Proceeding is resolved.~~

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

2

7. ~~If the Mediation is not scheduled in a timely manner, Defendants may elect to terminate the Rabbinical Arbitration Stay at any time, on 10 business days' notice to the Trustee.~~

8. This order does not constitute a waiver, modification or alteration of the Arbitration Order, and all rights to proceed to the Rabbinical Arbitration as provided in the Arbitration Order are expressly reserved.

### #

Date: December 29, 2025

*Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge

3