Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:  jdulberg@pszjlaw.com
          jlucas@pszjlaw.com

*Attorneys for Plaintiff, Bradley D. Sharp,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>      Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>      Plaintiff,<br><br>      v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>      Defendants. | Case No. 23-01990-NB<br><br>Chapter 11<br><br>Adv Case No.: 2:25-ap-01020-NB<br><br>**STATUS REPORT OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE**<br><br>Date:     April 21, 2026<br>Time:    2:00 p.m.<br>Location: U.S. Bankruptcy Court<br>         Courtroom 1545<br>         255 E. Temple St.<br>         Los Angeles, CA 90012<br>Judge:   Hon. Neil W. Bason |

Plaintiff, Bradley D. Sharp, Chapter 11 Trustee (the "**Trustee**" or "**Plaintiff**") hereby submits this status report with respect to the arbitration and mediation in the underlying adversary proceeding.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4914-5968-0670.2 78512.001

**A.      The Complaint**

On January 23, 2025, the Trustee filed a complaint [Adv. Docket No. 1] (the "**Complaint**") against Life Capital Group, LLC, Shlomo Y. Rechnitz, Chaim Manela, and Jonathan Polter, among others (together, the "**Defendants**") to avoid the release by Leslie Klein (the "**Debtor**") under the *Mutual Release of all Claims and Settlement Agreement*, dated December 5, 2022 as a constructive fraudulent transfer and to avoid certain preferences paid by the Debtor.

**B.      The Motion to Compel Arbitration**

In response to the Complaint, the Defendants filed motions to compel arbitration [Docket Nos. 26 and 28] (the "**Motions to Compel**"), which were opposed by the Trustee. [Docket No. 40] The hearing on the Motions to Compel was originally scheduled on May 6, 2025, however, after several continuances by the Court, the Motions to Compel were heard on August 12, 2025 and subsequently granted. [Docket Nos. 91 and 92] (the "**Orders**").

**C.      Mediation**

On December 23, 2025, the Trustee and Defendants entered into a stipulation that reserved the applicable parties' rights regarding the arbitrating the disputed issues before the Rabbinical Council of California (the "**RCC**") as set forth in the Orders and agreed to mediation on February 4, 2026. [Adv. Docket No. 102]. On December 29, 2025, the Court approved the foregoing stipulation. [Adv. Docket No. 102].

A mediation was held on February 4, 2026 at the offices of Trustee's counsel. The mediator continued to engage the parties to the mediation after the in person meeting on February 4, 2026 but ultimately declared an impasse on March 19, 2026.

**D.      Waiver of Claims & Adversary Proceeding**

On March 25, 2026, the Trustee's counsel asked LCG's counsel if it would consent to the Trustee's amendment of his Complaint withdrawing the fraudulent transfer counts from the pending action, with prejudice, so that the Trustee could avoid the time and expense of filing a motion to amend the Complaint. On March 27, 2026, LCG's counsel responded with several questions. The Trustee's counsel replied on the same day but has not yet heard back from LCG's

counsel. If LCG's does not consent to this stipulation the Trustee will file a motion to amend his Complaint.

After the Complaint is amended, the Trustee will seek the Court approval to lift the stay so that the Trustee may resume the prosecution of the preference claims before this Court against the three individual defendants named in the Complaint, Shlomo Rechnitz, Yisroel Rechnitz, and Chaim Manela.

Dated: April 7, 2026                          PACHULSKI STANG ZIEHL & JONES LLP


                                              By /s/ John W. Lucas
                                                 John W. Lucas
                                                 Attorneys for Plaintiff Bradley D. Sharp, Chapter
                                                 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4914-5968-0670.2 78512.001                          3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*) **STATUS REPORT OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **,** **April 7, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael G D'Alba    mgd@lnbyg.com**
- **Jeffrey W Dulberg    jdulberg@pszjlaw.com**
- **M. Jonathan Hayes    jhayes@rhmfirm.com**
- **Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com**
- **John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com**
- **Lisa Patel    lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com**
- **Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com**
- **Bradley D. Sharp (TR)    bsharp@dsi.biz**
- **Nikko Salvatore Stevens    nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law,sarah@cym.law**
- **United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**
- **Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com**

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 7, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>Via Email</u>**
John T. Burnite: john.burnite@mhllp.com

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 7, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

LA:4911-5417-4366.1 78512.001