RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
MICHAEL G. D'ALBA (State Bar No. 264403)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyg.com; bry@lnbyg.com; mgd@lnbyg.com

Attorneys for Defendants Life Capital Group, LLC and
Jonathan Polter

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>      Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>Adv. Case No.: 2:25-ap-01020-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>      Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>      Defendants. | **DEFENDANTS LIFE CAPITAL GROUP, LLC AND JONATHAN POLTER'S UNILATERAL STATUS REPORT**<br><br>**[LBR 7016-1(a)]**<br><br>**Status Conference Date, Time, and Place**<br>Date: June 30, 2026<br>Time: 1:00 p.m.<br>Place: Courtroom 1545<br>    255 E. Temple Street<br>    Los Angeles, CA 90012 |

1

Defendants Life Capital Group, LLC, and Jonathan Polter hereby submit their Unilateral Status Report in connection with the continued status conference set for June 30, 2026, at 1:00 pm, as follows.  A separate declaration under LBR 7016-1(a) is not submitted herewith.

**A.      PLEADINGS/SERVICE:**

On August 22, 2025, the Court entered its Order Granting in Part Defendants Life Capital Group, LLC and Jonathan Polter's Motion to Compel Arbitration before the Rabbinical Council of California and for a Stay [DE 91] ("Arbitration Order").  Also on August 22, 2025, the Court enter a similar order on the motion to compel arbitration that Rechnitz and Zev had filed [DE 92].  The Arbitration Order, among other things, compelled the Trustee, LCG, and Polter to binding arbitration before the RCC to arbitrate the disputes identified in the Arbitration Order.  The Arbitration Order stayed the Adversary Proceeding until arbitration before the RCC is completed.

On or about May 15, 2026, LCG, Polter and Rechnitz commenced the RCC Arbitration by filing the Petition with the Beis Din Rabbinical Court. The RCC Arbitration is now proceeding.

**B.      READINESS FOR TRIAL:**

The Adversary Proceeding is stayed.  See paragraph "A," above.

**C.      TRIAL TIME:**

See paragraph "B," above.

**D.      PRETRIAL CONFERENCE:**

See paragraph "B," above.

**E.      SETTLEMENT:**

The Parties have not settled the issues presented in the Adversary Proceeding.

2

**F.     FINAL JUDGMENT/ORDER:**

LCG and Polter believe that it is premature for them to state whether or not the Bankruptcy Court's authority to enter final judgment is contested, because the Adversary Proceeding has been compelled to Rabbinical Arbitration and the Adversary Proceeding is now stayed.

**G.     ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:**

The Adversary Proceeding is currently stayed.

DATED:  June 16, 2026          LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P

By: _____
    RON BENDER
    BETH ANN R. YOUNG
    MICHAEL G. D'ALBA
Attorneys for Defendants Life Capital Group, LLC
and Jonathan Polter

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Defendants Life Capital Group, LLC And Jonathan Polter's Unilateral Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 16, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael G D'Alba    mgd@lnbyg.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;sloan@rhmfirm.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Lisa Patel    lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- Bradley D. Sharp (TR)    bsharp@dsi.biz
- Nikko Salvatore Stevens    nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law,sarah@cym.law
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

**2.  SERVED BY UNITED STATES MAIL**: On **June 16, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service list attached

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 16, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service list attached

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 16, 2026 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    **F 9013-3.1.PROOF.SERVICE**