Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email:  jdulberg@pszjlaw.com
           jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Liquidating Trustee
of the Klein Creditors' Liquidation Trust, and former Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 23-01990-NB<br><br>Chapter 11<br><br>Adv Case No.: 2:25-ap-01020-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>Defendants. | **STATUS REPORT OF BRADLEY D. SHARP, LIQUIDATING TRUSTEE OF THE KLEIN CREDITORS' LIQUIDATION TRUST**<br><br>Date:       June 30, 2026<br>Time:       1:00 p.m.<br>Location: U.S. Bankruptcy Court<br>               Courtroom 1545<br>               255 E. Temple St.<br>               Los Angeles, CA 90012<br>Judge:    Hon. Neil W. Bason |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4934-8422-1621.1 78512.001

Plaintiff, Bradley D. Sharp, the Liquidating Trustee of (the "**Liquidating Trustee**" or "**Plaintiff**")[1] the Klein Creditors' Liquidating Trust and former Chapter 11 Trustee (the "**Chapter 11 Trustee**") hereby submits this status report with respect to the arbitration and mediation in the underlying adversary proceeding.

## A.    The Complaint

On January 23, 2025, the Chapter 11 Trustee filed a complaint [Adv. Docket No. 1] (the "**Complaint**") against Life Capital Group, LLC ("**LCG**"), Shlomo Y. Rechnitz, Chaim Manela, and Jonathan Polter, among others (together, the "**Defendants**") to avoid the release by Leslie Klein (the "**Debtor**") under the *Mutual Release of all Claims and Settlement Agreement*, dated December 5, 2022 as a constructive fraudulent transfer and to avoid certain preferences paid by the Debtor.

## B.    The Motion to Compel Arbitration

In response to the Complaint, the Defendants filed motions to compel arbitration [Docket Nos. 26 and 28] (the "**Motions to Compel**"), which were opposed by the Chapter 11 Trustee. [Docket No. 40].  The hearing on the Motions to Compel was originally scheduled on May 6, 2025, however, after several continuances by the Court, the Motions to Compel were heard on August 12, 2025 and subsequently granted. [Docket Nos. 91 and 92] (the "**Orders**").

## C.    Mediation

On December 23, 2025, the Chapter 11 Trustee and Defendants entered into a stipulation that reserved the applicable parties' rights regarding the arbitrating the disputed issues before the Rabbinical Council of California as set forth in the Orders and agreed to mediation on February 4, 2026 [Adv. Docket No. 101].  On December 29, 2025, the Court approved the foregoing stipulation [Adv. Docket No. 102].

---

[1] On April 28, 2026, the Court entered the *Order Confirming Third Amended Chapter 11 Plan, As Modified, Of The Estate of Leslie Klein and Setting Post-Confirmation Status Conference* [Docket No. 1366].  The Plan went effective on May 1, 2026 [*See*, Docket No. 1373], with Bradley D. Sharp serving as the Liquidating Trustee of the Klein Creditors' Liquidation Trust.

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

A mediation was held on February 4, 2026 at the offices of Trustee's counsel. The mediator continued to engage the parties to the mediation after the in person meeting on February 4, 2026 but ultimately declared an impasse on March 19, 2026.

**D.      Waiver of Claims & Adversary Proceeding**

On March 25, 2026, the Chapter 11 Trustee's counsel asked LCG's counsel if it would consent to the Chapter 11 Trustee's amendment of his Complaint withdrawing the fraudulent transfer counts from the pending action, with prejudice, so that the Chapter 11 Trustee could avoid the time and expense of filing a motion to amend the Complaint. On March 27, 2026, LCG's counsel responded with several questions. The Chapter 11 Trustee's counsel replied on the same day but has not yet heard back from LCG's counsel.

On June 1, 2026, the Liquidating Trustee again ask LCG's counsel whether it would consent to amendment of the Complaint. On June 9, 2026, counsel to LCG indicated that it would not object to the Liquidating Trustee's waiver of the fraudulent transfer claims but that such waiver would not obviate the need for the arbitration before the Rabbinical Counsel. On June 9, 2026, counsel to the Liquidating Trustee called LCG's counsel to ascertain what else could be subject to the arbitration if the Liquidating Trustee waived the fraudulent transfer claims. The Liquidating Trustee's counsel was informed that LCG believes this Court ordered the parties to arbitrate the preference claims that arise under section 547 of the Bankruptcy Code. The Liquidating Trustee's counsel asked for support for this assertion but has not heard back. See attached email string as **Exhibit A** hereto.

The Liquidating Trustee believes the Court should conduct a status conference at the next scheduled hearing so that these disputed issues can be addressed by the Court. Assuming the the Complaint is amended, the Liquidating Trustee will seek the Court approval to lift the stay so that the Liquidating Trustee may resume the prosecution of the preference claims before this Court against the three individual defendants named in the Complaint, Shlomo Rechnitz, Yisroel Rechnitz, and Chaim Manela.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Dated:  June 17, 2026                              PACHULSKI STANG ZIEHL & JONES LLP


By */s/ John W. Lucas*
     John W. Lucas
     Attorneys for Plaintiff Bradley D. Sharp, Liquidating
     Trustee of the Klein Creditors' Liquidation Trust, and
     former Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4934-8422-1621.1 78512.001                                    4

# EXHIBIT A

| | |
|---|---|
| **From:** | John W. Lucas |
| **Sent:** | Tuesday, June 9, 2026 11:11 AM |
| **To:** | Efrem Schwalb |
| **Cc:** | Beth R. Young; Jeffrey Dulberg |
| **Subject:** | RE: Klein - Zimmerman |

Efrem:

As discussed, please send me the Bankruptcy Court's decision where he held that the preference claims need to be adjudicated by the RCC.

Thanks,

John

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**From:** Efrem Schwalb <eschwalb@koffskyschwalb.com>
**Sent:** Tuesday, June 9, 2026 10:12 AM
**To:** John W. Lucas <jlucas@pszjlaw.com>
**Cc:** Beth R. Young <bry@lnbyg.com>; Jeffrey Dulberg <jdulberg@pszjlaw.com>
**Subject:** Re: Klein - Zimmerman


John - Following up on the Trustee's response to the RCC's initial queries; kindly do so at your earliest.  We don't object to the Trustee's dismissal with prejudice of the fraudulent transfer claims, but that doesn't moot the need for the RCC arbitration.  Are you claiming otherwise?


**Efrem Schwalb | Partner**
KOFFSKY SCHWALB LLC
500 Seventh Avenue, 8th Floor | New York, New York 10018
Phone: (646) 553-1590 | Fax: (646) 553-1591 | Cell: (516) 398-4197
Email: eschwalb@koffskyschwalb.com

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received

1

this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

On Jun 1, 2026, at 5:42 PM, John W. Lucas <jlucas@pszjlaw.com> wrote:

Beth:

I informed you weeks ago that the Trustee is ready to waive the fraudulent transfer claims; and asked that your client consent to an amendment of the complaint. What is LCG's position on that? Is LCG going to contest an amendment that waives those claims?

Thanks,

John

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Beth R. Young <bry@lnbyg.com>
**Sent:** Monday, June 1, 2026 8:29 AM
**To:** John W. Lucas <jlucas@pszjlaw.com>
**Cc:** Jeffrey Dulberg <jdulberg@pszjlaw.com>; Efrem Schwalb <eschwalb@koffskyschwalb.com>
**Subject:** RE: Klein - Zimmerman

Hi John:

Now that the RCC arbitration is in place and moving forward, I think you should speak with Life Capital Group's counsel, Efrem Schwalb, regarding this. Although I think you have it already, here is his contact information again:

**Efrem Schwalb | Partner**
KOFFSKY SCHWALB LLC
500 Seventh Avenue, 8th Floor | New York, New York 10018
Phone: (646) 553-1590 | Fax: (646) 553-1591 | Cell: (516) 398-4197
Email: eschwalb@koffskyschwalb.com

**BETH ANN R. YOUNG,** Esq.
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK  L.L.P.**
2818 La Cienega Avenue **|**  Los Angeles, CA   90034
Main  310 229 1234  **|**  Direct  310 229 3352  **|**  Mobile  310 409 6708

2

[bry@lnbyg.com](mailto:bry@lnbyg.com)  |  [www.lnbyg.com](http://www.lnbyg.com)

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Golubchik L.L.P.'s
email policies which can be found at http://www.lnbyg.com/disclaimers.htm.

 Please consider the environment before printing this email

---

**From:** John W. Lucas <[jlucas@pszjlaw.com](mailto:jlucas@pszjlaw.com)>
**Sent:** Friday, May 29, 2026 2:07 PM
**To:** Beth R. Young <[bry@lnbyg.com](mailto:bry@lnbyg.com)>
**Cc:** Jeffrey Dulberg <[jdulberg@pszjlaw.com](mailto:jdulberg@pszjlaw.com)>
**Subject:** RE: Klein - Zimmerman

Hi Beth,

Any follow up after your call with your client?

Thanks,

John

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
[jlucas@pszjlaw.com](mailto:jlucas@pszjlaw.com)
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** Beth R. Young <[bry@lnbyg.com](mailto:bry@lnbyg.com)>
**Sent:** Wednesday, May 27, 2026 9:19 AM
**To:** John W. Lucas <[jlucas@pszjlaw.com](mailto:jlucas@pszjlaw.com)>
**Cc:** Jeffrey Dulberg <[jdulberg@pszjlaw.com](mailto:jdulberg@pszjlaw.com)>
**Subject:** RE: Klein - Zimmerman

Perfect timing.  I have a call with my clients later this afternoon and will
follow up with you after that.

**BETH ANN R. YOUNG,** Esq.
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK  L.L.P.**
2818 La Cienega Avenue  **|**  Los Angeles, CA   90034
Main  310 229 1234   **|**   Direct  310 229 3352   **|**   Mobile  310 409 6708
[bry@lnbyg.com](mailto:bry@lnbyg.com)  |  [www.lnbyg.com](http://www.lnbyg.com)

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Golubchik L.L.P.'s
email policies which can be found at http://www.lnbyg.com/disclaimers.htm.

 Please consider the environment before printing this email

**From:** John W. Lucas <jlucas@pszjlaw.com>
**Sent:** Wednesday, May 27, 2026 8:42 AM
**To:** Beth R. Young <bry@lnbyg.com>
**Cc:** Jeffrey Dulberg <jdulberg@pszjlaw.com>
**Subject:** RE: Klein - Zimmerman

Hi Beth,

Any follow up about the Zimmerman distribution?

Thanks,

John

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**From:** Beth R. Young <bry@lnbyg.com>
**Sent:** Tuesday, May 19, 2026 1:56 PM
**To:** John W. Lucas <jlucas@pszjlaw.com>
**Cc:** Jeffrey Dulberg <jdulberg@pszjlaw.com>
**Subject:** RE: Klein - Zimmerman

Hi John. I'm tied up today and am in a mediation tomorrow but will have
time most of Thursday after 10:00 am if there is a time that works for you.

**BETH ANN R. YOUNG,** Esq.
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK  L.L.P.**
2818 La Cienega Avenue **|**  Los Angeles, CA   90034
Main  310 229 1234  **|**   Direct  310 229 3352  **|**  Mobile  310 409 6708
bry@lnbyg.com   **|**   **www.lnbyg.com**

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Golubchik L.L.P.'s
email policies which can be found at http://www.lnbyg.com/disclaimers.htm.

 Please consider the environment before printing this email

**From:** John W. Lucas <jlucas@pszjlaw.com>
**Sent:** Tuesday, May 19, 2026 10:14 AM
**To:** Beth R. Young <bry@lnbyg.com>
**Cc:** Jeffrey Dulberg <jdulberg@pszjlaw.com>
**Subject:** FW: Klein - Zimmerman

Hi Beth,

You around today to talk about this?

4

Thanks,

John

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Houston

---

**From:** John W. Lucas
**Sent:** Friday, May 15, 2026 12:49 PM
**To:** bry@lnbyg.com
**Cc:** Jeffrey Dulberg <jdulberg@pszjlaw.com>
**Subject:** Klein - Zimmerman

Hi Beth,

Per LCG's objection to Les Klein & Associates stay relief motions [Dkt No 1364], LCG stated that the Zimmerman proceeds are ready for distribution but was waiting until the stay relief motions are adjudicated, which was done and the orders denying the motions were entered.

When is LCG sending the Trustee the estate's share of the Zimmerman proceeds?

For what it's worth, LCG and the Trustee already agreed to a process to turnover life insurance proceeds, which the Court approved. See attached.

Let us know if you need the Trustee's wire instructions.

Thanks,

John

**John W. Lucas**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 415.217.5108
Tel: 415.263.7000 | Cell: 415.306.3576 | Fax: 415.263.7010
jlucas@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Houston

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13ᵗʰ Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*) **STATUS REPORT OF BRADLEY D. SHARP, LIQUIDATING TRUSTEE OF THE KLEIN CREDITORS' LIQUIDATION TRUST**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **,
June 17, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael G D'Alba    mgd@lnbyg.com**
- **Jeffrey W Dulberg    jdulberg@pszjlaw.com**
- **M. Jonathan Hayes    jhayes@rhmfirm.com,
matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;sloan@rhmfirm.com**
- **Matthew A Lesnick    matt@lesnickprince.com,
matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com**
- **John W Lucas    jlucas@pszjlaw.com,
ocarpio@pszjlaw.com**
- **Lisa Patel    lpatel@lesnickprince.com,
jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com**

- **Matthew D. Resnik    matt@rhmfirm.com,
roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com**
- **Bradley D. Sharp (TR)    bsharp@dsi.biz**
- **Nikko Salvatore Stevens    nikko@cym.law,
eService@cym.law,karen@cym.law,aileen@cym.law,sarah@cym.law**
- **United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov**
- **Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com**

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 17, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Via Email:**
Eric J Olson:  eric@ejolsonlaw.com
Leslie Klein:  les.kleinlaw@gmail.com;
leskleinlaw@gmail.com; kleinlaw@earthlink.net

**Via Email:**
Ron Maroko:
Email: Ron.Maroko@usdoj.gov

**Via Email:**
Daniel A. Crawford, Esq.
Email: dac@crawfordlawgroup.com

**Via Email:**
Beth R. Young   bry@lnbyg.com
Matt Lesnick   matt@lesnickprince.com
Michael G. D'Alba:  mgd@lnbyg.com

☐    Service information continued on attached page

LA:4911-5417-4366.1 78512.001

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 17, 2026 | Nancy H. Brown | /s/ Nancy H. Brown |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

LA:4911-5417-4366.1 78512.001