Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:  jdulberg@pszjlaw.com
           jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp, Liquidation Trustee of
the Klein Creditors' Liquidation Trust*

FILED & ENTERED

JUL 22 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>                    Debtor.<br>_____<br><br>BRADLEY D. SHARP, Liquidation Trustee,<br><br>                                        Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>                                        Defendants. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>Adv. Case No.: 2:25-ap-01020-NB<br><br>**ORDER APPROVING STIPULATION RE (A) LIQUIDATION TRUSTEE'S DISMISSAL OF CERTAIN CAUSES OF ACTION (WITH PREJUDICE); AND (B) BRIEFING SCHEDULE REGARDING ARBITRATION AND PROSECUTION RE FEE CLAIMS AND PREFERENCE CAUSES OF ACTION AGAINST DEFENDANTS SHLOMO Y. RECHNITZ, YISROEL Z. RECHNITZ, AND CHAIM MANELA**<br><br>[No Hearing Required] |

The Court, having read and considered the *Stipulation Re (A) Liquidation Trustee's Dismissal of Certain Causes of Action (With Prejudice); and (B) Briefing Schedule Regarding Arbitration and Prosecution Re Fee Claims and Preference Causes of Action Against Defendants Shlomo Y. Rechnitz, Yisroel Z. Rechnitz, and Chaim Manela* [Docket No. 111] (the "Stipulation")

4917-5418-4638.1 78512.001

filed by Bradley D. Sharp, as Liquidation Trustee for the Klein Creditors' Liquidation Trust; and for good cause shown,

**IT IS HEREBY ORDERED:**

1.     The Stipulation is approved.

# # #

Date: July 22, 2026

Neil W. Bason
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA