BETH ANN R. YOUNG (SBN 143945)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: BRY@LNBYG.COM

Attorneys for Appellants-Defendants
Life Capital Group, LLC and Jonathan Polter

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No.: 23-10990-NB<br><br>Adv. Case No.: 2:25-ap-01020-NB<br><br>Chapter 11 |
| BRADLEY D. SHARP, Liquidation Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>Defendants. | **APPELLANTS-DEFENDANTS LIFE CAPITAL GROUP, LLC AND JONATHAN POLTER'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES IN APPEAL RELATED TO ADV. DKT. 127** |

**TO: THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Appellants-Defendants Life Capital Group, LLC and Jonathan Polter, certifies that the following listed parties in this appeal on the "*Order Denying Defendants Life Capital Group, LLC And Jonathan Polter's Motion To Compel Liquidating Trustee's Compliance With Arbitration Orders And For Issuance Of An Order To Show Cause Why Bradley D. Sharp, Liquidating Trustee, Should Not Be Held In Contempt Of The Court's Arbitration Orders And Why Sanctions Should Not Be Imposed*" (adv. dkt. 127) may have a pecuniary interest in the outcome of this appeal/case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Life Capital Group, LLC | Appellant, which does not have any parent corporation, and no publicly held corporation owns 10% or more of the stocks of this entity. |
| Jonathan Polter | Appellant |
| BRADLEY D. SHARP, Liquidation Trustee | Appellee |
| Shlomo Y. Rechnitz | Appellant |

Dated: September 28, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Beth Ann R. Young*
BETH ANN R. YOUNG
Attorneys for Appellants-Defendants
Life Capital Group, LLC and Jonathan Polter

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **APPELLANTS-DEFENDANTS LIFE CAPITAL GROUP, LLC AND JONATHAN POLTER'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES IN APPEAL RELATED TO ADV. DKT. 127** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 28, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeffrey W Dulberg jdulberg@pszjlaw.com
- M. Jonathan Hayes jhayes@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;sloan@rhmfirm.com
- Matthew A Lesnick matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- John W Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Lisa Patel lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- Matthew D. Resnik matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- Bradley D. Sharp (TR) bsharp@dsi.biz
- Nikko Salvatore Stevens nikko@cym.law, eService@cym.law,karen@cym.law,sarah@cym.law,grace@cym.law,kate@cym.law
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **September 28, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 28, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 28, 2026 | D. Woo | */s/ D. Woo* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |