MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
LISA R. PATEL (SBN 341574)
lpatel@lesnickprince.com
LESNICK PRINCE PAPPAS & ALVERSON LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Counsel for Defendants Shlomo Y. Rechnitz
and Yisroel Zev Rechnitz

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>Adv. No. 2:25-ap-01020-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>Defendants. | **APPELLANTS SHLOMO Y. RECHNITZ AND YISROEL ZEV RECHNITZ'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES IN APPEAL RELATED TO ADV. DKT. NO. 128** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Appellants-Defendants Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz, certifies that the following listed parties in this appeal on the "*Order Denying Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's*

*Joinder to Defendants Life Capital Group, LLC and Jonathan Polter's Motion To Compel Liquidating Trustee's Compliance With Arbitration Orders And For Issuance Of An Order To Show Cause Why Bradley D. Sharp, Liquidating Trustee, Should Not Be Held In Contempt Of The Court's Arbitration Orders And Why Sanctions Should Not Be Imposed*" [Adv. Dkt. 128] may have a pecuniary interest in the outcome of this appeal/case and/or are relevant to the Court's consideration of potential disqualification or recusal.

| **Party** | **Connection/Interest** |
|---|---|
| Shlomo Y. Rechnitz | Appellant |
| Yisroel Zev Rechnitz | Appellant |
| Life Capital Group, LLC | Movant in the underlying motion and party to the related appeal; not a party to this appeal. |
| Jonathan Polter | Movant in the underlying motion and party to the related appeal; not a party to this appeal. |
| Bradley D. Sharp, Liquidation Trustee | Appellee |

DATED: September 29, 2026 LESNICK PRINCE PAPPAS & ALVERSON LLP

By: /s/Matthew A. Lesnick
Matthew A. Lesnick
Counsel for Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Lesnick Prince Pappas & Alverson LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the following documents entitled (*specify*): **APPELLANTS SHLOMO Y. RECHNITZ AND YISROEL ZEV RECHNITZ'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES IN APPEAL RELATED TO ADV. DKT. NO. 128** were served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/29/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael G D'Alba** mgd@lnbyg.com
- **Jeffrey W Dulberg** jdulberg@pszjlaw.com
- **M. Jonathan Hayes** jhayes@rhmfirm.com, matt@rhmfirm.com; rosario@rhmfirm.com; gabriela@rhmfirm.com; sloan@rhmfirm.com
- **Matthew A Lesnick** matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com; porpe@lesnickprince.com
- **John W Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Lisa Patel** lpatel@lesnickprince.com, jmack@lesnickprince.com; porpe@lesnickprince.com; lpatel@ecf.courtdrive.com
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com; sloan@rhmfirm.com; susie@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; rosario@rhmfirm.com; gabriela@rhmfirm.com; lesley@rhmfirm.com
- **Bradley D. Sharp (TR)** bsharp@dsi.biz
- **Nikko Salvatore Stevens** nikko@cym.law, eService@cym.law, karen@cym.law, sarah@cym.law, grace@cym.law, kate@cym.law
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Beth Ann R. Young** bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/29/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Security Life Of Denver Life
Insurance Company
7535 East Hampden Ave
Suite 400, Room 446 / 448
Denver, CO 80231

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/29/2026 | Penelope Orpe | /s/Penelope Orpe |
| *Date* | *Printed Name* | *Signature* |