MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
LISA R. PATEL (SBN 341574)
lpatel@lesnickprince.com
LESNICK PRINCE PAPPAS & ALVERSON LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Counsel for Defendants Shlomo Y. Rechnitz
and Yisroel Zev Rechnitz

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>Adv. No. 2:25-ap-01020-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>Defendants. | **DEFENDANTS SHLOMO Y. RECHNITZ AND YISROEL ZEV RECHNITZ'S NOTICE OF STAY OF PROCEEDINGS PENDING APPEAL** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the above-captioned adversary proceeding is stayed pending the resolution of Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's (together, the "Rechnitz Defendants") interlocutory appeal from this Court's *Order Denying*

*Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's Joinder to Defendants Life Capital Group, LLC and Jonathan Polter's Motion to Compel Liquidating Trustee's Compliance with Arbitration Orders and for Issuance of an Order to Show Cause* [Dkt. No. 128] entered on September 15, 2026 (the "Order"). In support of this Notice, the Rechnitz Defendants state:

1. The Order directed that the Rechnitz Defendants "file a response to the Trustee's complaint [Docket No. 83], as modified by [Docket Nos. 111 and 113], no later than October 6, 2026." [Dkt. No. 128.]

2. On September 29, 2026, the Rechnitz Defendants filed a Notice of Appeal from the Order [Dkt. No. 137] (the "Appeal"). The denial of a motion to compel arbitration is immediately appealable as of right. 9 U.S.C. § 16(a)(1)(B).

3. Upon the filing of the Appeal, all proceedings in this adversary proceeding are automatically stayed as a matter of law. *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 743–44 (2023) (holding that when a party takes an interlocutory appeal under 9 U.S.C. § 16(a) from the denial of a motion to compel arbitration, the lower court "must stay its pre-trial and trial proceedings while the interlocutory appeal is ongoing.").

4. The *Coinbase* stay applies in this bankruptcy adversary proceeding. Bankruptcy courts are units of the district courts, and courts applying *Coinbase* have held that an appeal from an order denying arbitration automatically stays a discrete adversary proceeding of this kind — one involving a defined set of parties and claims rather than the administration of the broader estate — pending resolution of the appeal. *In re Nu Ride Inc.*, 666 B.R. 510, 515 (Bankr. D. Del. 2024).

5. Accordingly, the Rechnitz Defendants' October 6, 2026 deadline to respond to the Complaint, and all other pre-trial proceedings against them in this adversary proceeding, are stayed pending the resolution of the Appeal. The Rechnitz Defendants file this Notice to apprise the Court and the parties of the automatic stay and to confirm that their obligation to respond to the Complaint is suspended during the pendency of the Appeal.

6. Out of an abundance of caution, and without conceding that any such relief is necessary in light of the automatic stay described above, the Rechnitz Defendants reserve the right to seek a stay of proceedings or an extension of the response deadline from this Court under Federal Rule of Bankruptcy Procedure 8007 and to seek any corresponding relief from the appellate court.

DATED: October 6, 2026 LESNICK PRINCE PAPPAS & ALVERSON LLP

By: /s/Matthew A. Lesnick
Matthew A. Lesnick
Counsel for Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Lesnick Prince Pappas & Alverson LLP, 315 W. Ninth Street, Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled **DEFENDANTS SHLOMO Y. RECHNITZ AND YISROEL ZEV RECHNITZ'S NOTICE OF STAY OF PROCEEDINGS PENDING APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/06/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael G D'Alba** mgd@lnbyg.com
- **Jeffrey W Dulberg** jdulberg@pszjlaw.com
- **M. Jonathan Hayes** jhayes@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;sloan@rhmfirm.com
- **Matthew A Lesnick** matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **John W Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Lisa Patel** lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Bradley D. Sharp (TR)** bsharp@dsi.biz
- **Nikko Salvatore Stevens** nikko@cym.law, eService@cym.law,karen@cym.law,sarah@cym.law,grace@cym.law,kate@cym.law
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Beth Ann R. Young** bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 10/06/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Security Life Of Denver Life Insurance Company
7535 East Hampden Ave
Suite 400, Room 446 / 448
Denver, CO 80231

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/06/2026 | Penelope Orpe | /s/Penelope Orpe |
| *Date* | *Printed Name* | *Signature* |