MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
LISA R. PATEL (SBN 341574)
lpatel@lesnickprince.com
LESNICK PRINCE PAPPAS & ALVERSON LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Counsel for Defendants Shlomo Y. Rechnitz
and Yisroel Zev Rechnitz

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>Adv. No. 2:25-ap-01020-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br>v.<br><br>LIFE CAPITAL GROUP, LLC, a limited liability company, SHLOMO Y. RECHNITZ, individually and as a member of LIFE CAPITAL GROUP, LLC, YISROEL ZEV RECHNITZ, an individual, CHAIM MANELA, an individual, JONATHAN POLTER, an individual and as a manager of LIFE CAPITAL GROUP, and SECURITY LIFE OF DENVER LIFE INSURANCE COMPANY,<br><br>Defendants. | **DEFENDANTS SHLOMO Y. RECHNITZ AND YISROEL ZEV RECHNITZ'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL (RELATED TO ADV. DKT. 128)** |

Appellants-Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz ("Appellants") submit this *Designation of Record and Statement of Issues on Appeal* pursuant to Rule 8009(a)(1) of the Federal Rules of Bankruptcy Procedure.

**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1. Whether the bankruptcy court committed reversible legal error in denying Appellants' Joinder to Defendants Life Capital Group, LLC and Jonathan Polter's Motion to Compel Liquidating Trustee's Compliance With Arbitration Orders and for Issuance of an Order to Show Cause Why Sanctions Should not be Imposed (the "Motion").

2. Whether the bankruptcy court committed reversible legal error by disregarding the Arbitration Orders (Adv. Dkt. Nos. 91 and 92, the "Arbitration Orders") previously entered by the bankruptcy court which the Appellants sought to enforce through the Motion.

3. Whether the bankruptcy court committed reversible legal error in ruling that it is neither necessary nor appropriate to compel arbitration on the issue of attorney fees to be awarded under the terms of the LCG Limited Liability Operating Agreement dated June 1, 2011 (the "Operating Agreement").

4. Whether the bankruptcy court committed reversible legal error in interpreting its own prior Arbitration Orders after Appellee-Plaintiff Bradley D. Sharp, Liquidation Trustee dismissed with prejudice the fraudulent-transfer, accounting, and injunction claims against Appellants by holding that it, instead of the Rabbinical Council of California in arbitration, would determine the outstanding issue of attorney's fees to be awarded under the terms of the Operating Agreement.

5. Whether the bankruptcy court erred in holding that the contractual accounting dispute under the Operating Agreement — which the court had previously held was a necessary predicate to adjudication of the Trustee's preference claims under 11 U.S.C. § 547 — is no longer required because the Liquidating Trustee "has now acceded to the accounting in the Settlement Agreement."

6. Whether the bankruptcy court committed reversible legal error in holding that Shlomo Y. Rechnitz, "as a signatory to the Settlement Agreement, is bound by its accounting of what is or is not owed to whom," and that the signatories "cannot disregard the Settlement Agreement and compel arbitration of previously disputed matters they already settled."

7. Whether the bankruptcy court committed reversible legal error in effectively adjudicating the merits of the Trustee's preference claims — including the disputed elements that the challenged transfers were of an interest of the debtor in property and were made on account of an antecedent debt under 11 U.S.C. § 547(b) — in the course of ruling on a motion to compel arbitration, without an evidentiary hearing or trial and before Appellants' deadline to respond to the complaint.

8. Whether the bankruptcy court erred in interpreting Section 4.6 of the Operating Agreement to establish, as a matter of nonbankruptcy law, that the challenged transfers were transfers "of an interest of the debtor in property" within the meaning of 11 U.S.C. § 547(b).

9. Whether the bankruptcy court erred in denying the Joinder of Yisroel Zev Rechnitz on the ground that he "lack[s] standing to enforce the agreement to arbitration contained within a contract to which [he is] not [a] part[y]," notwithstanding the doctrine of equitable estoppel.

## DESIGNATION OF RECORD ON APPEAL

Appellants designate the following portions of the record on appeal:

| FILE DATE | DOCKET ENTRY | DOCUMENT NAME |
|---|---|---|
| 01/23/2025 | 1 | Complaint by Bradley D. Sharp against Life Capital Group, LLC, Shlomo Y. Rechnitz, Yisroel Zev Rechnitz, Chaim Manela, Jonathan Polter, Security Life Of Denver Life Insurance Company. |
| 03/10/2025 | 26 | Defendants Life Capital Group, LLC And Jonathan Polter's Notice Of Motion And Motion To Compel Arbitration Before The Rabbinical Council Of California And For A Stay; Declaration Of Jonathan Polter, And Request For Judicial Notice In Support Thereof |
| 03/10/2025 | 27 | Defendants Life Capital Group, LLC And Jonathan Polter's Notice Of Citation To Unpublished Authority In Support Of Motion To |

| | | |
|---|---|---|
| | | Compel Arbitration Before The Rabbinical Council Of California And For A Stay |
| 03/10/2025 | 28 | Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's Notice of Motion and Motion to Compel Arbitration Before the Rabbinical Council of California and for a Stay; Joinder in Defendants Life Capital Group, LLC and Jonathan Polter's Motion to Compel Arbitration and for a Stay; Memorandum of Points and Authorities; and Proof of Service |
| 03/14/2025 | 32 | Stipulation By Life Capital Group, LLC, Jonathan Polter and Stipulation Re Briefing Schedule On Motions To Compel Arbitration Filed By Defendants Life Capital Group, LLC, And Jonathan Polter [Adv. Docket No. 26] And Shlomo Y. Rechnitz And Yisroel Zev Rechnitz [Adv. Docket No. 28] |
| 03/14/2025 | 34 | Order approving stipulation re briefing schedule on motions to compel arbitration filed by defendants Life Capital Group, LLC, and Jonathan Polter [Adv. docket No. 26] and Shlomo Y. Rechnitz and Yisroel Zev Rechnitz [Adv. Docket No. 28] |
| 04/08/2025 | 40 | Plaintiff Bradley D. Sharp's Opposition to (A) Motion of Defendants Life Capital Group, LLC and Jonathan Polter to Compel Arbitration Before the Rabbinical Council of California and for a Stay; and (B) Motion of Shlomo Y. Rechnitz and Yisroel Zev Rechnitz to Compel Arbitration; Declaration of John W. Lucas Filed by Trustee Bradley D. Sharp (TR) |
| 04/29/2025 | 42 | Reply in Support of Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's Motion to Compel Arbitration Before the Rabbinical Council of California and for a Stay; and Proof of Service |
| 04/29/2025 | 43 | Reply In Further Support Of Motion To Compel Arbitration Before The Rabbinical Council Of California And For A Stay Filed by Defendants Life Capital Group, LLC, Jonathan Polter |

| | | |
|---|---|---|
| 05/02/2025 | 44 | Errata re Reply in Support of Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's Motion to Compel Arbitration Before the Rabbinical Council of California and for a Stay; and Proof of Service Filed by Defendants Shlomo Y. Rechnitz, Yisroel Zev Rechnitz |
| 06/27/2025 | 57 | Scheduling Order |
| 07/08/2025 | 64 | Declaration re: Of Nicholas R. Troszak In Support Of The Trustees Fraudulent Transfer Claims Filed by Plaintiff Bradley D. Sharp. |
| 07/22/2025 | 65 | Motion to Amend (related document(s)[1] Complaint) / Notice of Motion and Motion for Leave to Amend Complaint; Memorandum of Points and Authorities; Declarations of Bradley D. Sharp and John W. Lucas in Support Thereof Filed by Plaintiff Bradley D. Sharp |
| 07/22/2025 | 66 | Notice of Motion and Motion for Authority to File the LCG Settlement Agreement Under Seal; Memorandum of Points and Authorities; and Declaration of John W. Lucas in Support Thereof Filed by Trustee Bradley D. Sharp |
| 07/22/2025 | 67 | Proof of service |
| 07/25/2025 | 71 | Declaration Of Jonathan Polter In Support Of Supplemental Submission Of Life Capital Group, Llc, Schlomo Y. Rechnitz, And Yisroel Zev Rechnitz In Support Of Motions To Compel Arbitration Re: The Court's June 27, 2025 Order (Ecf 57) (POS Attached) |
| 07/29/2025 | 72 | Defendants Life Capital Group, LLC And Jonathan Polters Opposition To Trustees Motion For Leave To Amend The Complaint (POS Attached) |
| 07/29/2025 | 73 | Opposition to (related document(s): 65 Motion to Amend (related document(s)1 Complaint) / *Notice of Motion and Motion for Leave to Amend Complaint; Memorandum of Points and* |

| | | |
|---|---|---|
| | | *Authorities; Declarations of Bradley D. Sharp and John W. Lucas in Support Thereof* filed by Plaintiff Bradley D. Sharp) Filed by Defendants Shlomo Y. Rechnitz, Yisroel Zev Rechnitz |
| 08/05/2025 | 74 | Chapter 11 Trustee's Reply to: (1) Defendants Life Capital Group, LLC and Jonathan Polter's Opposition to Trustee's Motion for Leave to Amend the Complaint; and (2) Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's Opposition to Plaintiff's Motion for Leave to Amend Complaint Filed by Plaintiff Bradley D. Sharp |
| 08/14/2025 | 81 | Order Granting Motion for Leave to Amend Complaint |
| 08/14/2025 | 82 | Order Approving Motion for Authority to File the LCG Settlement Agreement Under Seal |
| 08/14/2025 | 83 | Amended Complaint by John W Lucas on behalf of Bradley D. Sharp against all defendants. (RE: related document(s)[1] Adversary case 2:25-ap-01020. Complaint by Bradley D. Sharp against Life Capital Group, LLC, Shlomo Y. Rechnitz, Yisroel Zev Rechnitz, Chaim Manela, Jonathan Polter, Security Life Of Denver Life Insurance Company. |
| 08/21/2025 | 88 | Notice Of Lodgment Of Order Granting Defendants Life Capital Group, LLC And Jonathan Polters Motion To Compel Arbitration Before The Rabbinical Council Of California And For A Stay (POS attached)- Filed by Defendants Life Capital Group, LLC, Jonathan Polter |
| 08/21/2025 | 89 | Notice of lodgment of Order Granting Defendants Life Capital Group, LLC and Jonathan Polters Motion to Compel Arbitration Before the Rabbinical Council of California and for a Stay Filed by Plaintiff Bradley D. Sharp |

| | | |
|---|---|---|
| 08/21/2025 | 90 | Notice of lodgment of Order Granting Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's Motion to Compel Arbitration Before the Rabbinical Council of California and for a Stay Filed by Defendants Shlomo Y. Rechnitz, Yisroel Zev Rechnitz |
| 08/22/2025 | 91 | Order Granting in part, Denying in part defendants Life Capital Group, LLC and Jonathan Polter's motion to compel arbitration before the Rabbinical Council of California and for a stay. |
| 08/22/2025 | 92 | Order Granting in part, Denying in part defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's motion to compel arbirtration before The Rabinical Counsel of California and for a stay. |
| 12/23/2025 | 101 | Stipulation By Life Capital Group, LLC, Jonathan Polter and -Stipulation Re Reservation Of Rights To Proceed With Rabbinical Arbitration And Scheduling Mediation Of The Adversary Proceeding (POS attached) |
| 12/29/2025 | 102 | Order Approving Stipulation re Reservation of Rights to Proceed with Rabbinical Arbitration and Scheduling Mediation of the Adversary Procceding |
| 01/06/2026 | 104 | Joint Status Report of Bradley D. Sharp, Chapter 11 Trustee, Life Capital Group, LLC, Jonathan Polter, Shlomo Y. Rechnitz, and Chaim Manela Regarding Status of Arbitration |
| 04/07/2026 | 105 | Defendants Status Report (POS attached) |
| 04/07/2026 | 106 | Status report of Bradley D. Sharp, Chapter 11 Trustee |
| 06/16/2026 | 107 | Defendants Life Capital Group, LLC And Jonathan Polters Unilateral Status Report (POS attached) |

| | | |
|---|---|---|
| 06/17/2026 | 108 | Status report of Bradley D. Sharp, Liquidating Trustee of the Klein Creditors' Liquidation Trust |
| 06/18/2026 | 109 | Defendants S. Rechnitz and Y. Rechnitz's Unilateral Status Report; Declaration of M. Lesnick Filed by Defendants Shlomo Y. Rechnitz, Yisroel Zev Rechnitz |
| 06/19/2026 | 110 | Defendant Chaim Manela's Unilateral Status Report; Declaration of Matthew D. Resnik, with Proof of Service |
| 07/20/2026 | 111 | Stipulation By Bradley D. Sharp (TR) and Defendants re (A) Liquidation Trustee's Dismissal of Certain Causes of Action (With Prejudice); and (B) Briefing Schedule Regarding Arbitration and Prosecution re Fee Claims and Preference Causes of Action Against Defendants Shlomo Y. Rechnitz, Yisroel Z. Rechnitz, and Chaim Manela Filed by Trustee Bradley D. Sharp |
| 07/22/2026 | 113 | Order Approving Stipulation Re (A) Liquidation Trustee's Dismissal of Certain Causes of Action (With Prejudice); and (B) Briefing Schedule Regarding Arbitration and Prosecution Re Fee Claims and Preference Causes of Action Against Defendants Shlomo Y. Rechnitz, Yisroel Z. Rechnitz, and Chaim Manela |
| 08/11/2026 | 115 | Defendants Life Capital Group, LLC And Jonathan Polters Notice Of Motion And Motion To Compel Liquidating Trustees Compliance With Arbitration Orders [Adv. Dkt. 91 And 92] And For Issuance Of An Order To Show Cause Why Bradley D. Sharp, Liquidating Trustee, Should Not Be Held In Contempt Of The Courts Arbitration Orders And Why Sanctions Should Not Be Imposed; And Declaration Of Beth Ann R. Young In Support Thereof (POS attached) |

| | | |
|---|---|---|
| 08/11/2026 | 116 | Brief Joinder of Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz in Defendants Life Capital Group, LLC and Jonathan Polter's Motion to Compel Compliance With Arbitration Orders [Adv. Dkt. 91 & 92]; and Statement of Position Re Arbitration of Fee Claim and Preference Claims Filed by Defendants Shlomo Y. Rechnitz, Yisroel Zev Rechnitz |
| 08/12/2026 | 117 | Brief Joinder of Defendant Chaim Manela in Defendants Life Capital Group, LLC and Jonathan Polters Motion to Compel Compliance with Arbitration Orders [Adv. Dkt. 91 & 92]; and Statement of Position Regarding Arbitration of Contractual Issues Underlying Preference Claims, with Proof of Service Filed by Defendant Chaim Manela |
| 08/25/2026 | 119 | Opposition to (related document(s): [115] Motion -Defendants Life Capital Group, LLC And Jonathan Polters Notice Of Motion And Motion To Compel Liquidating Trustees Compliance With Arbitration Orders [Adv. Dkt. 91 And 92] And For Issuance Of An Order To Show Cause Why Bradley D. Sharp, Liqui filed by Defendant Life Capital Group, LLC, Defendant Jonathan Polter, [116] Brief filed by Defendant Shlomo Y. Rechnitz, Defendant Yisroel Zev Rechnitz, [117] Brief filed by Defendant Chaim Manela) Filed by Plaintiff Bradley D. Sharp |
| 09/01/2026 | 120 | Reply to (related document(s): 26 Motion Defendants Life Capital Group, LLC And Jonathan Polter's Notice Of Motion And Motion To Compel Arbitration Before The Rabbinical Council Of California And For A Stay; Declaration Of Jonathan Polter, And Request For Judicial Notice In Supp filed by Defendant Life Capital Group, LLC, Defendant Jonathan Polter, 28 Motion - Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's Notice of Motion and Motion to Compel Arbitration Before the Rabbinical Council of California and for a Stay; Joinder in Defendants Life Capital |

| | | |
|---|---|---|
| | | Group, LLC and Jonathan Polter filed by Defendant Shlomo Y. Rechnitz, Defendant Yisroel Zev Rechnitz, 91 Order on Generic Motion (BNC-PDF), 92 Order on Generic Motion (BNC-PDF)) -Defendants Life Capital Group, LLC And Jonathan Polters Reply Memorandum Of Points And Authorities In Support Of Their Motion To Compel Liquidating Trustees Compliance With Arbitration Orders [Adv. Dkts. 91 And 92] And For Issuance Of An Order To Show Cause Why Bradley D. Sharp, Liquidating Trustee, Should Not Be Held In Contempt Of The Courts Arbitration Orders And Why Sanctions Should Not Be Imposed (POS attached)- Filed by Defendants Life Capital Group, LLC, Jonathan Polter |
| 09/01/2026 | 121 | Reply to (related document(s): 115 Motion - Defendants Life Capital Group, LLC And Jonathan Polters Notice Of Motion And Motion To Compel Liquidating Trustees Compliance With Arbitration Orders [Adv. Dkt. 91 And 92] And For Issuance Of An Order To Show Cause Why Bradley D. Sharp, Liqui filed by Defendant Life Capital Group, LLC, Defendant Jonathan Polter) Reply in Support of Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's Joinder in Motion to Compel the Liquidating Trustee's Compliance with Arbitration Orders Filed by Defendants Shlomo Y. Rechnitz, Yisroel Zev Rechnitz |
| 09/15/2026 | 127 | Order Denying Defendants Life Capital Group, LLC and Jonathan Polter's Motion to Compel Liquidating Trustee's Compliance with Arbitration Orders and for Issuance of an Order to Show Cause Why Bradley D. Sharp, Liquidating Trustee, Should Not be Held in Contempt of the Court's Arbitration Orders and Why Sanctions Should Not be Imposed |
| 09/15/2026 | 128 | Order Denying Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz's Joinder to Defendants Life Capital Group, LLC and Jonathan Polter's Motion to Compel Liquidating Trustee's Compliance With Arbitration Orders |

| | | |
|---|---|---|
| | | and for Issuance of an Order to Show Cause Why Bradley D. Sharp, Liquidating Trustee, Should Not be Held in Contempt of the Court's Arbitration Orders and Why Sanctions Should Not be Imposed |
| 09/15/2026 | 129 | Order Denying Defendant Chaim Manela's Joinder to Defendants Life Capital Group, LLC and Jonathan Polter's Motion to Compel Liquidating Trustee's Compliance with Arbitration Orders and for Issuance of an Order to Show Cause Why Bradley D. Sharp, Liquidating Trustee, Should Not be Held in Contempt of the Court's Arbitration Orders and Why Sanctions Should Not be Imposed |
| 09/28/2026 | 134 | Notice of Appeal and Statement of Election to U.S. District Court.(Official Form 417A) . Fee Amount $298 Filed by Defendants Life Capital Group, LLC, Jonathan Polter. |
| 09/28/2026 | 135 | Appellants-Defendants Life Capital Group, LLC And Jonathan Polters Certification And Notice Of Interested Parties In Appeal Related To Adv. Dkt. 127 |
| 09/29/2026 | 137 | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel.(Official Form 417A) and Proof of Service. Fee Amount $298 Filed by Defendants Shlomo Y. Rechnitz, Yisroel Zev Rechnitz |
| 09/29/2026 | 138 | Appellants Shlomo Y. Rechnitz & Yisroel Zev Rechnitz Certification & Notice of Interested Parties in Appeal Related to Adv. Dkt. No. 128 Filed by Defendants Shlomo Y. Rechnitz, Yisroel Zev Rechnitz |

DATED: October 13, 2026 LESNICK PRINCE PAPPAS & ALVERSON LLP

By: /s/Matthew A. Lesnick
Matthew A. Lesnick
Counsel for Defendants Shlomo Y. Rechnitz and Yisroel Zev Rechnitz

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Lesnick Prince Pappas & Alverson LLP, 315 W. Ninth Street, Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled **DEFENDANTS SHLOMO Y. RECHNITZ AND YISROEL ZEV RECHNITZ'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL (RELATED TO ADV. DKT. 128)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/13/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael G D'Alba** mgd@lnbyg.com
- **Jeffrey W Dulberg** jdulberg@pszjlaw.com
- **M. Jonathan Hayes** jhayes@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;sloan@rhmfirm.com
- **Matthew A Lesnick** matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **John W Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Lisa Patel** lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Matthew D. Resnik** **m**att@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Bradley D. Sharp (TR)** bsharp@dsi.biz
- **Nikko Salvatore Stevens** nikko@cym.law, eService@cym.law,karen@cym.law,sarah@cym.law,grace@cym.law,kate@cym.law
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Beth Ann R. Young** bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 10/13/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Security Life Of Denver Life Insurance Company
7535 East Hampden Ave
Suite 400, Room 446 / 448
Denver, CO 80231

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/13/2026 | Penelope Orpe | /s/Penelope Orpe |
| *Date* | *Printed Name* | *Signature* |